IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

LISA CARRELL,
    Plaintiff(s),

v.

BUC-EE'S TENNESSEE, LLC and
BUC-EE'S, LTD.,
    Defendant(s).

Case No. 2:24–cv–00080

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, __Buc-ee's Tennessee, LLC__ makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

| **X** | This party is a limited liability company or limited liability partnership. |
|---|---|

If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

| ☐ | This party is an unincorporated association or entity. |
|---|---|

If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

| ☐ | This party is trust. |
|---|---|

If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

| ☐ | Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation. |
|---|---|

If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 12/23/2024    Signature: *s/ Ryan N. Kilpatrick*

Printed Name: Ryan N. Kilpatrick

Title: Attorney for Defendants

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| LISA CARRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:24–cv–00080 |
| v. ) | |
| ) | JUDGE CRENSHAW |
| BUC-EE'S TENNESSEE, LLC and ) | MAGISTRATE JUDGE NEWBERN |
| BUC-EE'S, LTD., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' BUSINESS ENTITY DISCLOSURE STATEMENT**

Defendants Buc-ee's Tennessee, LLC and Buc-ee's, Ltd., pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.02, make the following disclosures:

1. Defendant <u>Buc-ee's Tennessee, LLC</u> is a limited liability company organized under the laws of the state of Delaware. The sole member of Buc-ee's Tennessee, LLC is Buc-ee's, Ltd., a limited partnership organized under the laws of the state of Texas and which has its principal place of business in that state.

2. Defendant <u>Buc-ee's, Ltd.</u> is a Texas limited partnership with the following partners:

    a. Non-party <u>Buc-ee's Management, LLC</u> is the general partner of Buc-ee's, Ltd. Buc-ee's Management, LLC is a limited liability company organized under the laws of the state of Texas and which has its principal place of business in that state. The sole member of Buc-ee's Management, LLC is Buc-ee's Holding, Inc., a corporation organized under the laws of the state of Texas and which has its principal place of business in that state.

b. Non-party <u>Buc-ee's Holdings, Inc</u>. is a limited partner of Buc-ee's, Ltd., the sole member of Buc-ee's Management, LLC, and a Texas corporation.

None of the above entities are publicly traded or are owned in any part by an entity that is publicly traded.

DATED this 23rd day of December 2024.

    Respectfully submitted,

    s/ *Ryan N. Kilpatrick*
    R. Brandon Bundren (BPR #30985)
    Ryan N. Kilpatrick (BPR # 39127)
    BRADLEY ARANT BOULT CUMMINGS LLP
    1221 Broadway, Suite 2400
    Nashville, Tennessee 37203
    P: 615.244.2582
    F: 615.252.6380
    bbundren@bradley.com
    rkilpatrick@bradley.com

    Tracy Richardson (*pro hac vice application forthcoming*)
    11200 Broadway Street, Suite 2332
    Pearland, Texas 77584
    P: 346.774.2258
    F: 979.230.2969
    tracy@buc-ees.com

    *Attorneys for Defendants Buc-ee's Tennessee, LLC and Buc-ee's, Ltd.*

# CERTIFICATE OF SERVICE

      I certify that on December 23, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court Middle District of Tennessee, through the Court's Electronic Case Filing System, which will automatically serve all counsel of record listed below:

Neal Agee, Jr.
AGEE & TINSLEY
406 W Main St., Suite A
Lebanon, TN 37087
neal@ageefirm.com

*Attorney for Plaintiff*

                                          s/ *Ryan N. Kilpatrick*
                                          Ryan N. Kilpatrick