UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

LISA CARRELL,

    Plaintiff,

v.

BUC-EES TENNESSEE, LLC, et al,

    Defendant.

Case No. 2:24-cv-00080

Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Alistair E. Newbern

## **ORDER**

Counsel for the parties appeared for a telephonic discovery dispute conference with the Magistrate Judge on June 5, 2025. After discussion, and having considered the arguments raised in the parties' joint discovery dispute statement (Doc. No. 30), the Court ORDERS as follows:

Defendants shall produce the "other store" discovery for the fourteen stores other than Store #50 identified by Plaintiff for the time period of the particular store's opening through December 2, 2023. If an identified store opened after December 2, 2023, Defendants are not required to produce discovery for that store.

Defendants shall supplement their response to Plaintiff's Interrogatory No. 11 to provide the requested information for all "C-Suite" officers (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Chief Technical Officer, etc.).

Defendants shall provide the ordered supplemental discovery within 21 days of the date of this Order.

Plaintiff's requests that the Court find Defendants waived objections to discovery production by providing boilerplate responses and for production of the names of all people working in Defendants' claims department on the date of Plaintiff's accident are denied.

Counsel have resolved all other issues raised in the joint discovery dispute statement by agreement.

Counsel shall meet and confer to propose an amended case management order that reflects a dispositive motion deadline of no later than February 11, 2026. If counsel propose a later dispositive motion deadline, they must file a motion to continue the June 23, 2026 trial date for Judge Crenshaw's consideration.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge

2