UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| LISA CARRELL, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-CV-00080 |
| ) | Judge Waverly D. Crenshaw, Jr. |
| ) | Magistrate Judge Alistair E. Newbern |
| ) | JURY DEMAND |
| BUC-EE'S TENNESSEE, LLC and ) | |
| BUC-EE'S, LTD., ) | |
|     Defendants. ) | |

**JOINT CASE RESOLUTION PLAN AND STATUS REPORT**

Pursuant to the Middle District of Tennessee Local Rule 16.02 and the Amended Case Management Order [Doc. 33], the parties hereby submit the following Joint Case Resolution Plan and Status Report.

1. The nature of this case involves a personal injury claim for a fall incident.

2. The parties have exchanged Rule 26(a)(1) Initial Disclosures on or about February 18, 2025. Preliminary settlement discussions have not yet been conducted. Plaintiff made an offer before suit was filed. Defendants did not accept the offer or respond with a counter-offer. The offer was withdrawn.

3. The Parties have not exchanged enough information to make a good faith effort to resolve the case, and the Parties are not in the position to make settlement offers at this time. A telephone discovery conference was held on June 5, 2025. Defendants were ordered to produce discovery responses on June 5, 2025. [Doc 31]. Plaintiff has a pending Motion to Compel Discovery before the Court for documents that Plaintiff contends were not produced by Defendants. Defendants filed a Response to that Motion to Compel Discovery on July 24, 2025,

1

and Plaintiff filed a Reply in support of the Motion on July 31, 2025. Plaintiff's Counsel took depositions of four (4) Crossville store employees on July 30, 2025. Plaintiff anticipates taking depositions of more employees of Defendants and the necessity to obtain further discovery. Defendants anticipate taking the deposition of Plaintiff as well as other individuals that have knowledge concerning the incident underlying the Complaint and/or Plaintiff's alleged injuries.

Respectfully submitted,

*s/Neal Agee, Jr.*
Neal Agee, Jr. BPR #9328
AGEE & TINSLEY
*Attorney for Plaintiff*
406 West Main St. Suite A
Lebanon, TN 37087
(615) 444-0001
(615) 444-3992 (fax)
neal@ageefirm.com

Tyler Chance Yarbro, BPR #023553
DODSON PARKER BEHM & CAPPARELLA, PC
*Attorney for Plaintiff*
1310 6th Avenue North
Nashville, TN 37208
(615) 254-2291
(615) 726-2241 (fax)
tyarbro@dodsonparker.com


*s/Ryan N. Kilpatrick*
R. Brandon Bundren BPR #30985
Ryan N. Kilpatrick BPR # 39127
BRADLEY ARANT BOULT CUMMINGS LLP
*Attorneys for Defendants Buc-ee's Tennessee, LLC and Buc-ee's, Ltd.*
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
(615) 244-2582
(615) 252-6380 (fax)
bbundren@bradley.com
rkilpatrick@bradley.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following via the CM/ECF filing system on August 4, 2025:

>R. Brandon Bundren
>Ryan N. Kilpatrick
>BRADLEY ARANT BOULT CUMMINGS LLP
>*Attorneys for Defendants Buc-eeìs Tennessee, LLC and Buc-eeìs, Ltd.*
>1221 Broadway, Suite 2400
>Nashville, Tennessee 37203

>*s/Neal Agee, Jr.*
>Neal Agee, Jr./Tyler Chance Yarbro