# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

### <u>MEDIATION REPORT</u>

**Case No.:** 2:24-CV-00080    **Case Name:** Lisa Carrell v. Buc-ee's Tennessee, Ltd., et al.

**Mediator Name:** Warren M. Smith

**Mediator Phone:** 615-256-1280 EXT 302    **E-mail:** wsmith@smithtomkins.com

**Date(s) of Mediation:** January 21, 2026

**Check All That Apply:**

☑ All required parties participated in the mediation.

☐ The parties resolved all issues. A notice, stipulation, or proposed order of dismissal will be filed with the court by [                    ]

☐ The parties resolved some, but not all issues. Please describe resolved and unresolved issues:

☐ The parties agreed to continue the mediation. Date(s): [                    ]

☑ The parties reached an impasse.

**Comments:**

### <u>Reporting Instructions</u>

A.  Mediators must file this report within two (2) business days following the mediation. L.R. 16.05(b). A mediation which continues over multiple consecutive days is considered one mediation for reporting purposes. File a separate Report when the mediation is recessed for five (5) business days or more.

B.  Mediators must treat all information revealed in mediation as confidential, except for (i) information that is required to be reported by statute, regulation, or rule, or (ii) information the parties agree may be disclosed.

C.  Please file this form electronically in CM/ECF using the "Report of Mediation" event (located under "ADR Documents"). Alternatively, please email the Report to the following address: OperationsManager@tnmd.uscourts.gov.

# Report of Mediation by a Rule 31 Mediator

## IN THE FEDERAL COURT FOR COUNTY

## AT ,TENNESSEE

**Lisa Carrell,**
Plaintiff

vs.

**Buc-ee's, Ltd., et al.,**
Defendant

CIVIL ACTION/DOCKET NO: **2:24-CV-00080**

---

### Report of Mediation by a Rule 31 Mediator

---

The Following Parties Appeared and Participated in the Mediation Process:

**Defendant's Attorney, Defendant's Representative, Plaintiff/ Co-Plaintiff, Plaintiff Attorney**

---

Settlement Outcome from Mediation: **No Issues Resolved**

---

Mediation Fees: **Standard**

Respectfully Submitted,

Warren M. Smith
One Lakeview Pl.
25 Century Blvd.
Nashville, Tennessee 37214
(615) 256-1280

# CERTIFICATE OF SERVICE

I certify that on the _____ 21st _____ day of _____ Ja _____, 2026 a true and exact copy of the foregoing was mailed to the following:

Mr. Neal Agee, Jr.
AGEE & TINSLEY
406 West Main Street, Suite A
Lebanon, Tennessee  37087

Mr. R. Brandon Bundren
Ms. Marlee G. Sacks
BRADLEY ARANT
1221 Broadway, Suite 2400
Nashville, Tennessee  37203

Mr. Tyler Chance Yarbro
DODSON, PARKER, BEHM &
 CAPPARELLA, PC
1310 6th Avenue, North
Nashville, Tennessee  37208

**WARREN M. SMITH**