UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NORTHEASTERN DIVISION

Case No. 2:24-CV-00080

-----------------------------------

LISA CARRELL

               Plaintiff

    VS.

BUC-EE'S TENNESSEE, LLC and

BUC-EE'S, LTD.

              Defendants

-----------------------------------

Videotaped Deposition of LISA CARRELL, taken on behalf of the Defendant, through counsel, on January 13, 2026, at law offices of Agee & Tinsley, 406 West Main St., Lebanon, TN, commencing at 9:31 a.m., before Nadine M. Castonguay, Court Reporter, RPR.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

LEXITAS

EXHIBIT 1

APPEARANCES:


FOR THE PLAINTIFF:

AGEE & TINSLEY

406 W. Main Street, Suite A

Lebanon, TN  37087

BY:  Neal Agee, Jr., Esq.

Tyler Chance Yarbro, Esq.


FOR THE DEFENDANTS:

BRADLEY ARANT BOULT CUMMINGS, LLP

One 22 One

1221 Broadway, Suite 2400

Nashville, TN  37203

BY: R. Brandon Bundren, Esq.


Videographer:  John Checuga


-       -       -

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



Case 2:24-cv-00080     Document 72-1     Filed 03/11/26     Page 2 of 41 PageID #: 724

EXHIBIT 1

TABLE OF CONTENTS


                                    Page

EXAMINATION/WITNESS

LISA CARRELL:


     By Mr. Bundren:        5


          Defendant's Exhibits


Exhibit 1   Complaint                34

Exhibit 2   Amended complaint        35

Exhibit 3   Document                 38

Exhibit 4   Discovery responses      40

Exhibit 5   Text messages            48

Exhibit 6   Text messages            49

Exhibit 7   Text messages            50

Exhibit 8    Text messages           52

Exhibit 9    Site plan               80

Exhibit 10  Photo                    100

Exhibit 11  Injury form              100

Exhibit 12  Online form              103

Exhibit 13  Photo                    108

Exhibit 14  Test messages            118

     (Continued to next page)

888-893-3767                Lexitas operates in all 50 states and is licensed where required.
www.lexitaslegal.com        Nevada Registration #116F - California Firm Registration #179

LEXITAS

EXHIBIT 1

Exhibit  15  Medical summary       121

Exhibit  16  Medical document      131

Exhibit  17  Medical bills         147

Exhibit  18  Medical records       147

Exhibit  19  Thumb drive of video  149


        (Exhibits retained by Mr. Bundren.)

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

A.    No.

Q.    Are you on medications?

A.    No.  Oh, I do take blood pressure medicine.

Q.    What kind of medication is that?

A.    Losartan, 100 milligrams and I did take one this morning.

Q.    That wouldn't inhibit your ability to testify truthfully today?

A.    No, sir.  Sorry.

Q.    That's okay.  Where did you grow up?

A.    In Mount Juliet, Tennessee.

Q.    And you've been in Mount Juliet all your life?

A.    I lived in Mount Juliet until I graduated and then I lived in Nashville for a while and then I moved back to Lebanon, settled in Lebanon.

Q.    You've always been in the middle Tennessee area?

A.    Yes.

Q.    What is your current address?

A.    211 Viola Terrace in Lebanon, Tennessee 37087.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Case 2:24-cv-00080    Document 72-1    Filed 03/11/26    Page 5 of 41 PageID #: 727

EXHIBIT 1

A.    No, they were all home schooled.

Q.    Home schooled.  Okay.  And what does your brother Troy do for a living?

A.    He works at Remay, Remac.  I think it's called Remay now.  What DuPont went to. I think it's called Remay.  He works there.

Q.    What about Denise, what does she do?

A.    She does not work.  She's a, she stays home.

Q.    All right.  It's my understanding you're married to Mr. Steve Carrell?

A.    That is correct.

Q.    And how long have you all been married?

A.    Twelve years.

Q.    Okay.  Where's he from?

A.    He's from Indiana, Newburgh, Indiana.

Q.    Where does Mr. Carrell work?

A.    He works for SMC Corporation.

Q.    What is that?

A.    He's a salesman.  They're based out of Noblesville, Indiana.  But he has a local office in Brentwood that he goes to

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179
LEXITAS

Case 2:24-cv-00080    Document 72-1    Filed 03/11/26    Page 6 of 41 PageID #: 729

EXHIBIT 1

Q. It's also my understanding you work as an office manager at Tennessee Auto Recovery?

A. **That's correct.**

Q. That's currently?

A. **That's correct.**

Q. And that you worked there since around 1994?

A. **Yes, that's correct, over 30 years.**

Q. Now, before your accident at the Buc-ee's was December 2nd, 2023. Does that sound about right?

A. **That's correct.**

Q. And before the accident, were you the office manager at Tennessee Auto Recovery?

A. **Yes, I was.**

Q. And then after the accident I understand you took some time off, but you're still the office manager at Tennessee Auto Recovery?

A. **That's correct.**

Q. What do you do there for Tennessee Auto Recovery? Generally, what do you do for work?

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179



Case 2:24-cv-00080    Document 72-1    Filed 03/11/26    Page 7 of 41 PageID #: 729

EXHIBIT 1

A.   Yes.

Q.   When you all traveled back from Florida, did you all stop at Buc-ee's again on your way back?

A.   No, I don't believe we did.

Q.   Where did you all go in Florida?

A.   Pensacola Beach, I think.

Q.   Did you pass any other Buc-ee's on the way?

A.   I don't recall.

Q.   So as I understand your trips to Buc-ee's you visited the day of your injury in December of 2023.  You visited the Crossville location again in the summer of 2024.  Is that right?

A.   That's correct.

Q.   And visited the Georgia location in October 2024.

A.   That's correct.

Q.   And then you visited with Mr. Agee last Sunday on January 11th, 2026.

A.   Yes, sir.  That's correct.

Q.   Any other times you visited Buc-ee's?

A.   On the day of the accident on our

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Case 2:24-cv-00080   Document 72-1   Filed 03/11/26   Page 8 of 41 PageID #: 730

EXHIBIT 1

way to where we were going, we stopped at Buc-ee's.  We did not stop there to get gas. I had never been so I wanted to go and we went in the store and we shopped.

I made several purchases and then we left and went to Cherokee Caverns is where we were going in Knoxville.

Q.   Was that the, as I understand it, you took a trip with some of your family members to Cherokee Caverns.  Did you all stay overnight in Cherokee caverns?

A.   No, we did not.  It was a day trip.

Q.   So on December 2nd you all got in the car and left Middle Tennessee and traveled to Cherokee Caverns in Knoxville?

A.   That's correct.

Q.   And you all stopped at Buc-ee's on the way?

A.   Yes.

Q.   Now, when you stopped at Buc-ee's on the way, what did -- do you recall if you all got gas?

A.   I don't believe that we did.

Q.   You all were taking one car.  Is that right?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

EXHIBIT 1

A.   Yes, sir.

Q.   And was that your car?

A.   No, it was my son's car.

Q.   It was a white Chevy.  Is that right, like a van?

A.   It was a, it's actually his mother-in-law's car because it was big enough to hold us all, but it was a SUV but I can't remember if it was white or black.  I don't remember that.  Oh, no it was white.  Because, yes, I do remember.  It was the white SUV that she had.

Q.   Do you recall where you parked at the Buc-ee's on your way to Cherokee Caverns?

A.   I believe we parked in the parking lot that's on the end just where it's a basic parking lot because we did not need gas.  There's an open parking lot on the end, and I believe that is where we parked.

Q.   And so that would be the entrance where the gift shop is?

A.   Yes, sir.

Q.   And you're aware that Buc-ee's has two entrances at the Crossville location?

A.   Yes, sir.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

EXHIBIT 1

Q.   One at the front on Genesis Road where the gas pumps are.

A.   Yes, sir.

Q.   And then the other is at the gift shop what I'll call the gift shop area. Is that right?

A.   Yes, sir.

Q.   Where you walk in and there's cash registers on the right and then there's all kinds of merchandise inside the store?

A.   That's correct.

Q.   Okay.  Did everybody in your traveling party go into Buc-ee's that day?

A.   Yes, sir.

Q.   That trip on the way to Cherokee Cavern?

A.   Yes, sir.

Q.   You said you shopped and bought some things.  Do you recall what you bought?

A.   I bought a couple of Christmas gifts, a shirt for my niece and some whiskey glasses for a dirty Santa gift.  That's all I can recall, maybe some Beaver Nuggets. That's all that I can recall.

Q.   Now, when you went to Buc-ee's on

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Case 2:24-cv-00080     Document 72-1     Filed 03/11/26     Page 11 of 41 PageID #: 733

EXHIBIT 1

that instance that you were heading to Cherokee Caverns, you went in the gift area entrance, did you go out the same way you came in?

A.  Yes, sir.

Q.  Do you recall whether there were handicapped spots in front of the gift area?

A.  I know that there were because I have seen it.  But at that point in time, I don't recall if I paid any attention to it.

Q.  When you parked, where are you parked at, what I will call the gift entrance side, do you recall what row you parked in? Did you park in the row closest to the store or did you park further away from the store?

A.  I do not recall that.

Q.  Was anybody in your traveling party that day going to Cherokee Caverns disabled to where they would need a handicapped placard?

A.  No, sir.

Q.  But you don't remember whether you parked in the row closest to the gift shop or whether you parked further away and walked over?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

EXHIBIT 1

**A.   I don't remember that.**

Q.   Do you recall seeing any wheel stops or handicapped placards either on your way into the store or through the gift area or coming out of the store going back to your car?

**A.   Well, I saw the handicapped parking places, but I didn't pay much attention to them.**

Q.   Did you see whether there were wheel stops there?

**A.   I don't recall that.**

Q.   You said you bought some Christmas gifts, a shirt for your niece, some whiskey glasses for a dirty Santa gift and some beaver nuggets.  Did you buy -- I assume the beaver nuggets were for you or your party, but did you buy anything for yourself that you kept?

**A.   No, sir.  I don't think I did.**

Q.   In other words, you gave the whiskey glasses as a Christmas gift.  And the other Christmas gifts you said you bought and you gave to someone else?

**A.   Yes, sir.**

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Case 2:24-cv-00080   Document 72-1   Filed 03/11/26   Page 13 of 41 PageID #: 735

EXHIBIT 1

Q. How long were you at the Buc-ee's that day on your way to Cherokee Caverns?

A. **Probably about an hour.**

Q. Do you recall anything else about that visit? I assume it was in the morning?

A. **Yes, sir.**

Q. Was it pretty busy?

A. **It was very busy.**

Q. Was it busier that morning you went to Buc-ee's or later that evening when you went on the way back as you were going home?

A. **It was busier in the morning.**

Q. Was there anything you observed about the visit to Buc-ee's in the morning on the day you went to Cherokee Caverns?

A. **Not anything in particular, no, sir.**

Q. Did you talk to any Buc-ee's employees other than at the checkout counter?

A. **I did not.**

Q. Now, I know you went to Buc-ee's twice on the day of your accident. The morning visit, what did you like best about Buc-ee's?

A. **They had a nice selection of items**

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

LEXITAS

EXHIBIT 1

for sale, like gift items.  I didn't eat any of the food so I couldn't say about that.

Q.   Most people say restrooms.

A.    I didn't go in the restrooms at that time.  But I have been in the restrooms and they are very nice.

Q.   What did you like least about the Buc-ee's?

A.    It was too crowded.

Q.   I've heard that before as well. Other than your fall that evening on the way back from Cherokee Caverns, have you ever had a bad experience at Buc-ee's?

A.    No, I have not.

Q.    It's my understanding that, again, the accident took place on December 2nd, 2023.  That was a Saturday.  Do you remember that?

A.    Yes, sir.  That's correct.

Q.    How long did you all stay at Cherokee Caverns?

A.    Probably a couple of hours maybe, probably about two hours.

Q.   Is it like a cave?

A.    It is.  It's very hokey.  It's a

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Case 2:24-cv-00080    Document 72-1    Filed 03/11/26    Page 15 of 41 PageID #:737

EXHIBIT 1

wannabe cave.  It was decorated for Christmas and the Grinch was there.  We had our photograph made with the Grinch.

Q.  Did you all go anywhere else after going to Cherokee Caverns?

A.  Yes.  We started back on our way home, and it had been raining and so we got wet when we ran to the car.  And we stopped at a drive-thru coffee shop to get warm drinks.  And I cannot remember the name of it.

Q.  I was going to ask you; other than stopping at that coffee shop, did you stop anywhere else before you got to the Buc-ee's in Crossville?

A.  We did not.

Q.  As I understand it on that trip was your son Justin Boswell (phonetic) and your daughter-in-law Sara Boswell, right?

A.  That is correct.

Q.  And their daughter, your granddaughter Paisley Boswell, and then another granddaughter Aria Thorp.

A.  Correct.

Q.  And then one of Aria's friends,

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Case 2:24-cv-00080    Document 72-1    Filed 03/11/26    Page 16 of 41 PageID #: 738

EXHIBIT 1

Annalyn Vanata (phonetic).  Is that right?

A.    That's correct.

Q.    Anybody else?

A.    No.

Q.    I understand you fell around 5:30 p.m. on your return trip to Buc-ee's. Is that right?

A.    Yes, sir.  That's correct.

Q.    Did you drink any alcohol in the 24 hours prior to your fall?

A.    I did not.

Q.    Other than your blood pressure medication, which I understand you're still taking, were you on any medications in the 24 hours prior to your fall?

A.    No, I was not.

Q.    Anything that would of -- does your blood pressure medication affect your balance?

A.    It does not.

Q.    If you can just tell the jury in your own words what happened from the minute you pulled into Buc-ee's to the minute you left to go to the ER.

A.    We pulled to the gas pump, to get

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

EXHIBIT 1

gas and my granddaughter Aria needed to go to the restroom. So I got out of the car. I threw away the cups and things from the coffee stop in the trash can there. And then I took Aria into the store. She, I took her to the restroom. She came out. We got two bags of Buc-ee's Nuggets and purchased those at the register. And then we walked out of the store.

We walked out of the store. You have to turn to get back to where our car, it was, you had to look to the right. So we came out the side entrance. I looked to the right to see where my car was. I was also looking for oncoming traffic to protect my granddaughter.

And the position of our car, we angled toward the position of our car and started to walk. It was nighttime. The parking lot was lit up, but it was nighttime. And it had been raining and I don't recall if it was raining at that exact moment or not, but it was very wet and drizzly.

And we just turned the corner and looked, found our car and headed towards

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

LEXITAS

EXHIBIT 1

our car.  My foot caught the corner of the wheel stop and I fell forward.

Q.  That was your right foot, I believe.  Is that right?

A.  That's correct.  So I got myself up off the ground.  Aria helped me.  I knew, I could see that my fingers were bleeding everywhere.  My tendons were showing out the back.

Q.  The back of your hand?

A.  Back of my hand across here.

Q.  So where your palm is.  The back, being your palm?

A.  Yes, my fingers.  The back side of my fingers.  And the joint was split open and the tendons were showing.  And my middle finger was dislocated and it was like this. I pushed it down myself, but I didn't get it all the way back in location.

Q.  Is that why you were still sitting on the ground or after you stood up?

A.  It's when I stood up that I saw it. So I cradled my hand, walked back to the car, told my daughter-in-law that I needed some paper towels because I was bleeding

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179
LEXITAS

Case 2:24-cv-00080    Document 72-1    Filed 03/11/26    Page 19 of 41 PageID #:741
EXHIBIT 1

everywhere and that I needed to go to the emergency room.

And at this point I think I was about in shock because I felt like I was going to faint.  So I sat down in the back seat.  And I believe that the attendant who was waiting to service the pump, my son was talking to him.

He radioed the manager for the manager to come out.  I sat in the back of the car with my hands wrapped up in paper towels and Justin was trying to find the closest hospital.  And the manager came out and he spoke to Sara.  She gave him my name and her phone number because she couldn't remember my phone number and Justin found the hospital and we left.

Q.   Anything else that you can remember?

A.   No, sir.

Q.   How long -- well, we'll get to that in a second.  I see you wear glasses.

A.   I do.

Q.   And were you wearing glasses at the time of accident?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Case 2:24-cv-00080   Document 72-1   Filed 03/11/26   Page 20 of 41 PageID #: 742

EXHIBIT 1

Q. Do you remember if that was in your right hand or your left hand?

A. I do not. It was on my, I hung it on my arm but I don't remember if it was my right or my left.

Q. Did you have your phone with you?

A. Not with me in Buc-ee's, no.

Q. Now, when you walked out of Buc-ee's, you did not use the crosswalk. Is that correct?

A. No, that's not correct.

Q. Okay.

A. When we came out of Buc-ee's we were following the blue lines that are there to, I thought to keep a car from parking there because it blocks the entrance to the store. But it is, everything is blue indicating handicap. But we came out of the store. I was on the right. Aria was on my left. I turned the corner. We were still in that blue crossed area.

Q. The hatched area?

A. Yes. We were still in that area. I was looking forward for oncoming traffic and then for rain and to see where my car

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

LEXITAS

EXHIBIT 1

was.

When we saw where our car was, we kind of shifted a little to the right but mostly still in the blue area to go towards our car, the shortest direction to our car.

Q. Now, the hatched area that you were talking about, you would call that a crosswalk, would you not?

A. Well, people walk there. There's no signs or anything that says that's where you have to walk, but I would think it would be to keep people from parking there because it is wide enough for a car to park there and for people to walk in and out of the store.

Q. The handicapped parking space where vehicles park, that's not a hatched area with blue lines, is it?

A. No, sir, it's not.

Q. And so you walked and tripped over the wheel stop and fell in the middle of the handicapped parking pace?

A. Yes.

Q. Where did your granddaughter walk?

A. She was right beside me.

Q. Was she in the hatched area of the

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

LEXITAS

Case 2:24-cv-00080    Document 72-1    Filed 03/11/26    Page 22 of 41 PageID #: 744

EXHIBIT 1

crosswalk --

A.   Yes.

Q.   She was -- I'm sorry.  She was in the hatched area as she was walking out?

A.   Yes.

Q.   And just so I'm clear, if you can go back to Exhibit 8, those were the text messages with your husband, Mr. Carrell?

A.   Mm-hmm.

Q.   If you can look at -- I'm trying to find the best one for you to look at.  We can just look at the first one.

And we're looking at Exhibit 8 at the first text message on Exhibit 8.  Are you with me?

A.   Yes, sir.

Q.   And so the hatched area is the diagonal line.  That's what you understand to be the hatched area?

A.   Yes, sir.

Q.   And your -- and you and your granddaughter when you walked into Buc-ee's that evening you walked through the hatched area.  Is that right?

A.   That's correct.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Case 2:24-cv-00080     Document 72-1     Filed 03/11/26     Page 23 of 41 PageID #: 745

EXHIBIT 1

Q.   When you left Buc-ee's that evening with your granddaughter you walked towards the right and a little bit of the hatched area and then tripped over the wheel stop into the parking space.  Is that right?

A.   That's correct.

Q.   And your granddaughter was on, the entire time your left and she remained and walked in the hatched area.  Is that right?

A.   That's correct.

Q.   As you were walking, I think you testified you were looking at your car and for oncoming traffic.  Is that right?

A.   That is correct.

Q.   That's where your eyes were looking?

A.   Yes, sir.

Q.   So you were not looking where your feet were walking?

A.   No, sir, I was not.

Q.   When you walk normally, just in general, how do you normally, where is your field of vision?  Where are you looking when you are walking?

A.   It depends on where you are

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

walking.  Normally ahead, looking for what might be of danger or a problem.  At the Buc-ee's store I wasn't looking down because I didn't perceive any of danger there.

The place where you entered and came out is all smooth concrete.  There were no pot holes.  There was no ice or any reason for me to be looking down.

Q.   Going back to Exhibit 8, that first page and that first text message, the picture we just talked about, the wheel stop you can see in that picture that's the blue line on ground, right?  That's raised with concrete. Do you see that?

A.   Yes, sir.

MR. AGEE:  Objection to form.

BY MR. BUNDREN:

Q.   In front of the handicapped parking sign?

A.   Yes, sir.

Q.   And that wheel stop that you tripped over, it's a fixed object, is it not?

A.   Yes, sir.

Q.   The wheel stop, had you been looking down, you would have seen it, right?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

EXHIBIT 1

through this process to make sure it's the same. Okay?

A. Okay.

Q. You said you were required to cross through the handicapped area to get to your car. Why were you required?

A. **It was the shortest route to my vehicle.**

Q. And the reason why I ask is because there wasn't any impediment to you using the hatched area or the crosswalk to go to your car?

A. **No, sir. There was not.**

Q. And you understand the painting and the hatched area on the crosswalk where you could have walked was distinct. It was different than the, there was no painting inside the handicapped parking space where you did walk and fall. Is that right?

MR. AGEE: Objection to form.

THE WITNESS: **That's correct.**

MR. BUNDREN: Why don't we take a ten-minute break.

VIDEOGRAPHER: Off the record. 11:33 a.m.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Case 2:24-cv-00080   Document 72-1   Filed 03/11/26   Page 26 of 41 PageID #:748

EXHIBIT 1

Q.   Were you aware that the court entered an order dismissing the case where the plaintiff got nothing in that case?

A.   Yes, sir.

Q.   Do you think you bear any fault for your injuries that you suffered?

A.   Of course I probably would bear some because I didn't see it.  But I had no reason to be looking for it.  And when I came in to the Buc-ee's store, my pathway was clear and even.

I wasn't looking for any kind of dangers.  And because I was trying to protect my grandchild from oncoming traffic and looking for where my car was, I just was not looking down.  I just really did not see it.

Q.   So because you weren't looking down you're saying that you do bear some fault for your injuries that day?

A.   Yes, I would say I should be responsible for some of it.

Q.   How much?  How would you quantify that?

A.   I don't know.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Q.   Do you agree that Buc-ee's should do everything it can to prevent cars from crashing into its store front?

A.   Yes, sir.

Q.   Do you agree that people should use more crosswalks to cross through parking lots to be safe?

A.   I think that would depend on the situation and the situation at Buc-ee's is everybody walks everywhere.

If you just go and sit in the parking lot and watch, they don't walk in crosswalks.  It's common nature to walk in the closest direction to get to your car.

Q.   But Buc-ee's has marked crosswalks, does it not?

A.   Well, it has a marked area.  It does not have a sign or anything that says crosswalk that indicates that you should only walk in that spot.

Q.   But to maintain your safety and the safety of those with you, you should walk in a crosswalk instead of through the parking lot.  Is that right?

A.   Not necessarily.  I don't agree

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Case 2:24-cv-00080   Document 72-1   Filed 03/11/26   Page 28 of 41 PageID #: 750

EXHIBIT 1

see that?

MR. BUNDREN: Yes.

MR. AGEE: Don't go off the record.
Just sit tight.

BY MR. BUNDREN:

Q. If you could go to, it's 5:33:34.
So 5:00 p.m., 33 is the minute and 34 is the
second, and it's around about.

A. **Oh, there we go. 5:33.**

Q. 34. Yes, ma'am.

A. **Okay. 5:34. I'm there.**

Q. So 5:33:34. I just want you to
confirm that's the car you were driving in.

A. **Yes. That's the car I was riding
in.**

Q. Okay. And then I understand you
testified you were throwing some things away.
And if you look at the video at 5:34:21.

A. **Yes. That's me walking to the
garbage can.**

Q. Okay. And if you'll pause it.
It's my understanding the front of your, the
car you were in was facing towards Buc-ee's.
Is that correct?

A. **That's correct.**

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

LEXITAS

Case 2:24-cv-00080    Document 72-1    Filed 03/11/26    Page 29 of 41 PageID #: 751

Q.   Facing towards the entrance?

A.   **Yes, that's correct.**

Q.   And then around 5:35:16 it appears on the video that you were walking with your granddaughter out of the car towards the store, the front of the store.  And that's 5:35:16.

A.   **I can't see that.  I see Justin in the car in the front of the Buc-ee's store, but I don't --**

Q.   If you can just hit play.

A.   **I don't see me walking.**

Q.   5:35:16.  Just hit play.

A.   **There it goes.  Okay, yes.  I was walking into the store.**

Q.   Okay.  And then you can leave it playing.

A.   **Where did it go?  I didn't touch it.**

Q.   That's okay.

A.   **It's fast forwarding.**

Q.   Oh.

A.   **And the other picture went off the screen.**

Q.   Yeah, it moves back and forth.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

**LEXITAS**

Case 2:24-cv-00080    Document 72-1    Filed 03/11/26    Page 30 of 41 PageID #: 752

A.   I know it does but I didn't touch it.  I don't know how it did that.

Q.   That's okay.

A.   I'm sorry.

Q.   It you'll hit play on that right where I just left it off.  It's 5:35:41. That appears to be you with your granddaughter walking towards the store and inside the store.  Is that correct?

A.   That is correct.

Q.   And you all walked in the hatched area of the walkway.  Is that right?

A.   Yes, sir.

Q.   I will fast forward it for you. It's at 5:38:35.  And 5:38:35 that's you walking with your granddaughter outside the store, right?

A.   Yes, sir.

Q.   And that bag, the Buc-ee's bag was in your left hand?

A.   That's correct.

Q.   And was there anything in your right hand that you can recall?

A.   No, sir.

Q.   And it looks like you pushed your

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179
LEXITAS

Case 2:24-cv-00080     Document 72-1     Filed 03/11/26     Page 31 of 41 PageID #: 753

glasses up on your face.  Do you see that?

A.    No, I didn't see that.

Q.    Let me --

A.    I don't know if I'm not holding my finger right.

Q.    That's okay.  I will rewind it a bit.  And then before you hit play this is what I will ask you, just so you can be looking for it to see if that's true or not.

It looks like, and I don't know, that's why I'm asking; did you push your glasses up on your face with your hand.  And your right hand appears to be in front of your face immediately before you fell?

A.    Okay.  I did push my glasses up on my face as I was coming out the door, but not immediately before I fell.

Q.    Okay.  Did you press pause?

A.    I did.

Q.    And so if you press play, you fell around 5:38:40.

A.    Okay.  I'm on the ground in this picture.

Q.    Okay.  And your granddaughter was walking in the blue hatched area?

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179
LEXITAS

EXHIBIT 1

A.   Yes.  I was also walking in the blue hatched area.  I just drifted when I was, I was looking forward for my car and I just drifted a little bit towards my car at the gas pump and that's how my foot caught the end of the tire stop.

Q.   Is the video still playing?

A.   No, it's paused.

Q.   At 5:38:54 I think that's about the time you got up off the ground.  So you were on the ground for about 15 seconds.  So if you could just play it for me.

A.   Okay.  I got up.

Q.   And you can just leave it playing.

A.   Okay.

Q.   And I think you're around 5:39:20.  This is you walking, holding your hand and then your family gets out of the car to check on you.  Is that right?

A.   Yes, sir.

Q.   And then it looks like there's a Buc-ee's worker and some sort of --

A.   I can't see that.

Q.   Oh, you can't see that.

A.   Okay.  I think it just -- far

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

enough.  Now, I'm back to the car.

Q.  Okay.  So there's a, looks like a Buc-ee's truck of some sort or some vehicle that's not a car behind your car.  Is that right?

A.  Yes, sir.

Q.  And that was the employee that was helping with the gas that you talked about earlier, right?

A.  Yes, sir.

Q.  I will fast forward to 5:43:08.  All right.  Okay.  Around 5:43:08 if you hit play you'll see another Buc-ee's employee come to the vehicle.

A.  Yes, sir.  In a red jacket.

Q.  In a red jacket.  And that was the second Buc-ee's employee that you mentioned came to the car?

A.  Yes, sir.

Q.  And then at about 5:43:33 the video shows, you said you were in shock but the video shows you talking to the employee.  Is that right?

A.  I don't know that I was talking to the employee.  He was standing by the back

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Case 2:24-cv-00080   Document 72-1   Filed 03/11/26   Page 34 of 41 PageID #: 756

door looking at me and he may have been talking to me, but I was not conversing with him.

Q.   At 5:43:33 does the video show you standing next to the employee talking to the employee?

A.   No.  That's Sara in the red sweater or the red shirt.

Q.   Let me look.

A.   That's my daughter-in-law.  The back door to the car is open and I'm sitting in the seat.

Q.   Hit play and wait until it gets to be 33?

A.   Okay.  Yes.  That is me.  I do not even remember doing that.

Q.   Okay.

A.   Showing the manager my hand.

Q.   Yes.

A.   Yes, sir.  You're correct.  I do not even remember that I did that.

Q.   And then around about two minutes later at 5:45:27 that's when your vehicle leaves the Buc-ee's?

A.    It hasn't left yet but, yes, sir,

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Case 2:24-cv-00080    Document 72-1    Filed 03/11/26    Page 35 of 41 PageID #: 757

that's going to be correct.

Q. Is that the same video that you watched in preparation for your deposition?

A. Yes, sir.

Q. And the same video you've seen before throughout this case, correct?

A. I believe so, yes.

Q. Okay. All right.

MR. BUNDREN: For the record, that was Exhibit 19. And when I referenced the time, it's 5 colon, minute 43 colon, second 33.

BY MR. BUNDREN:

Q. Is there anything about watching those portions of the video that otherwise jog your memory or refreshes your recollection about any of the events?

A. No. It's like I remember except I don't remember talking to that guy who is the manager.

Q. Your complaint and your other documents in the case ask for damages, physical pain and suffering, mental and emotional anguish, loss of enjoyment of life and physical impairment.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

LEXITAS

Case 2:24-cv-00080    Document 72-1    Filed 03/11/26    Page 36 of 41 PageID #: 758

STATE OF TENNESSEE )

COUNTY OF SUMNER    )

I, Nadine M. Castonguay, a Licensed Court Reporter and Notary Public within and for the State at Large, do hereby certify that the foregoing was taken at the place set forth in the caption thereof; that the proceedings of said were stenographically reported by me in shorthand; and that the foregoing pages constitute a true and correct transcription of said proceedings to the best of my ability.

I further certify that I am neither a relative nor employee nor attorney nor counsel of any of the parties, attorneys or counsel to, and that I am not financially interested in the outcome of this action.

Witness my SIGNATURE this DAY of January 26, 2026.

-----------------------------

NADINE M. CASTONGUAY, RPR, LCR

Notary Public at Large, State of Tennessee

My Commission Expires:  JUNE 30, 2026

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

EXHIBIT 1

# CUSTOMER STATEMENT & INFORMATION



## ATTENTION CUSTOMER:

**Please complete and mail to:**
Buc-ee's Ltd., Claims Department
11200 Broadway Street, Suite 2332
Pearland, Texas 77584
or email: jj@buc-ees.com

DATE OF INCIDENT: 12 - 2 - 23

TIME OF INCIDENT: 5:30 Approx    am // pm

STORE LOCATION: Crossville, TN

**Customer Information:**

Customer Name: Lisa Carrell

Address: 211 Viola Terrace

City, State and Zip: Lebanon, TN 37087

Customer Phone: 615-351-1969    Email: lisagaye1962@gmail.com

**Description of Incident: (Please include cause of incident)**

When exiting store from Entrance facing gas pumps — tripped and fell. As we left store exited on left side tripped and fell foward. Cut my left Ring finger & middle finger open & broke ring finger and dislocated middle finger. Manager came out to my car and took my

**Provide Detail of Injuries (Please include documentation of medical reports, diagnosis, treatment prescribed, etc.)** name and phone number and we left going to Emergency room in Crossville, TN.

I broke Ring finger and got 4 stitches in it. Dislocated middle finger and got 6 stitches in it. The next week went to hand doctor and had to have surgery on Ring finger. Received a metal plate & 4 screws to

**How May We Assist you?**

Put my finger back in place. Still recovering from surgery. Cannot move either finger and will require Physical therapy.

My insurance has denied the ER Bill as it was an accident on your property would like my medical bills paid.

**BY SIGNING BELOW, I HEREBY CERTIFY THAT ALL INFORMATION PROVIDED HEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

Customer Printed Name: Lisa Carrell

Customer Signature: Lisa Carrell    Date: 12-28-23

EX12





