UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| LISA CARRELL, | ) | Case No. |
| | ) | 2:24-CV-00080 |
| Plaintiff, | ) | |
| | ) | Judge Waverly D. |
| v. | ) | Crenshaw, Jr. |
| | ) | |
| BUC-EE'S TENNESSEE, LLC | ) | Magistrate Judge |
| and BUC-EE'S, LTD., | ) | Alistair E. |
| | ) | Newbern |
| Defendants. | ) | |
| | ) | JURY DEMAND |

_____

VIDEO DEPOSITION OF

BRIAN MATTHEWS

Wednesday, July 30th, 2025
_____

APPEARANCES:

For the Plaintiff:   Mr. Neal Agee, Jr.
                     Agee & Tinsley
                     406 West Main Street, Suite A
                     Lebanon, TN 37087


For the Defendants: Mr. Ryan N. Kilpatrick
                    Bradley Arant Boult Cummings LLP
                    1221 Broadway, Suite 2400
                    Nashville, TN 37203

                    Ms. Kortney Branum
                    11200 Broadway Street, Suite 2332
                    Pearland, TX 77584


Also Present:       Mr. Travis Temples, Videographer


Stenographically Reported by:
Colleen Hansen, LCR, RPR

EXHIBIT 2

The video deposition of BRIAN MATTHEWS was taken by counsel for the Plaintiff at Holiday Inn Express, 560 Peavine Road, Crossville, TN 38571, Wednesday, July 30th, 2025, beginning at approximately 2:07 p.m., for all purposes allowed under the Federal Rules of Civil Procedure.

It is agreed that Colleen Hansen, Licensed Court Reporter, Registered Professional Reporter, may swear the witness, take the deposition, and afterwards reduce same to typewritten form, and that the reading and signing of the completed deposition by the witness was not discussed.

All formalities as to caption, certificate, transmission, filing, et cetera, are waived. All objections except as to the form of the questions are reserved to on or before the hearing.
_____

INDEX

BRIAN MATTHEWS:                                    Pages

  Examination by Mr. Agee .................. 4-47

  Examination by Mr. Kilpatrick ............ 48-50

  Examination by Mr. Agee .................. 50-51

Case 2:24-cv-00080   Document 72-2   Filed 03/11/26   Page 2 of 6 PageID #765

EXHIBIT 2

EXHIBITS

| Number | Description | Page |
|---|---|---|
| 1 | Brian Matthews Incident Reports | 20 |
| 2 | Photo, metal plate on tire stop | 47 |

Case 2:24-cv-00080    Document 72-2    Filed 03/11/26    Page 3 of 6 PageID #: 766

EXHIBIT 2

Q.      Did these metal pieces come with the red and white striping already on them?

A.      Yes.

Q.      Did they come with the fasteners?

A.      No.

Q.      Did you provide your own fasteners?

A.      Yes.

Q.      Do you know why these wheel stops were originally painted blue instead of, say, yellow?

A.      No.

Q.      Did anyone ever suggest they be painted yellow?

A.      No.

Q.      What type of material are these tire stops?

A.      Plastic.

Q.      Have they had to be replaced over time?

A.      No.

Q.      Are these the original wheel -- tire stops?

A.      Yes.

Q.      Do people walk through the handicap parking spots when the spots are vacant?

A.      Yes.

Q.      If you were going somewhere and it's the most direct route to go to -- to -- to walk through the handicap parking spots, if they're vacant, do

you walk through the handicap parking spots?

A.      Yes.

Q.      There's cross-hatched areas drawn there but people are not required to stay within the cross-hatched areas; are they?

A.      It's not a law.

Q.      There's not any signs telling people you only walk in the cross-hatches there?

A.      Like I said, it's not a law.  They're free to walk where they want.

Q.      Who should have been the person or the department that would collect this information about how many people were tripping and falling?

A.      Who would collect it?

Q.      Yes.

A.      I'm sure, corporate.

Q.      Do you know what department in corporate would collect all this information?

A.      I would assume, safety.

Q.      Have you -- is there an identifiable safety department?

A.      That I don't know.

Q.      You've never heard of one; have you?

A.      As far as the safety department?

Q.      Yes, sir.

**REPORTER'S CERTIFICATE**

I, Colleen Hansen, Licensed Court Reporter, for the State of Tennessee at large, do hereby certify that I reported the foregoing proceedings at the time and place set forth in the caption thereof; that proceedings were stenographically reported by me; and that the foregoing proceedings constitute a true and correct transcript of said proceedings to the best of my ability.

I FURTHER CERTIFY that I am not related to any of the parties named herein, nor their counsel, and have no interest, financial or otherwise, in the outcome of these proceedings.

I FURTHER CERTIFY that I am duly licensed by the Tennessee Board of Court Reporting, as evidenced by the LCR number and expiration date following my name below.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of August, 2025.

_____

Colleen Hansen, LCR #879

Expiration Date: 6/30/2026