UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

LISA CARRELL,                      )
PLAINTIFF                          )
                                   ) No. 2:24-CV-00080
v.                                 ) Judge Waverly D.
                                   ) Crenshaw, Jr.
                                   ) Magistrate Judge Alistair
                                   ) E. Newbern
BUC-EE'S TENNESSEE, LLC AND )  JURY DEMAND
BUC-EE'S, LTD.,                    )
DEFENDANTS                         )

-------------------------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

RICHARD SEBASTIAN

DECEMBER 18, 2025

-------------------------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF RICHARD SEBASTIAN, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 18th day of December, 2025, from 9:43 a.m. to 12:12 p.m., before Haleigh Hernandez, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Bradley Arant Boult Cummings LLP, JPMorgan Chase Tower, 600 Travis Street, Suite 5600, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

APPEARANCES

FOR PLAINTIFF:

   Mr. Neal Agee, Jr. (present via Zoom)
   Agee & Tinsley
   406 West Main Street, Suite A
   Lebanon, Tennessee 37087
   Telephone: (615) 444-0001
   E-mail: neal@ageefirm.com

FOR DEFENDANTS:

   Mr. R. Brandon Bundren
   Bradley Arant Boult Cummings LLP
   1221 Broadway, Suite 2400
   Nashville, Tennessee 37203
   Telephone: (615) 244-2582
   E-mail: bbundren@bradley.com
   -- and --
   Mr. H. Tracy Richardson, III
   In-house Counsel for Buc-ee's, LTD.

ALSO PRESENT:

   Michael Cammack, Videographer
   Brittany Manis (present via Zoom)

INDEX

                                                              PAGE

Appearances ......................................2

RICHARD SEBASTIAN

        Examination by Mr. Agee .....................5

Signature and Changes ...........................68

Court Reporter's Certificate ....................70


                        EXHIBITS

EXHIBIT          DESCRIPTION                         PAGE

1                Buc-ee's Tennessee, LLC,              30
                 Objections and Responses to
                 Plaintiff's First Set of
                 Interrogatories

2                Buc-ee's Ltd.'s Objections and        30
                 Responses to Plaintiff's First
                 Set of Interrogatories

3                Buc-ee's Ltd.'s Objections and        30
                 Supplemental Responses to
                 Plaintiff's First Set of
                 Interrogatories

4                Crossville, TN, Store Site Plans      37

5                Other Stores Site Plans               40

6                Leeds, AL, Store Photos               44

7                Sevierville, TN, Store Photos         44

8                St. Johns County, FL, Store           44
                 Photos

9                Daytona Beach, FL, Store Photos       44

10               Warner Robins, GA, Store Photos       44

EXHIBITS (cont.)

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 11 | Calhoun, GA, Store Photos | 44 |
| 12 | Florence, SC, Store Photos | 44 |
| 13 | Richmond, KY, Store Photos | 44 |
| 14 | Smiths Grove, KY, Store Photos | 44 |
| 15 | Athens, AL, Store Photos | 44 |
| 16 | Auburn, AL, Store Photos | 44 |
| 17 | Johnstown, CO, Store Photos | 64 |
| 18 | Springfield, MO, Store Photos | 64 |
| 19 | Calhoun, GA, Customer Personal Injury Forms | 65 |

according to those plans, that will save us some time.

MR. BUNDREN: Let -- let Mr. Sebastian just flip through them; and if he's good with that, then I am. He's been --

MR. AGEE: All right. Thank --

MR. BUNDREN: He's -- he's been to all those stores. I've been to most of them but not all of them.

MR. AGEE: I don't envy any of y'all. That's a lot of travel.

MR. BUNDREN: And if you want to mark those as a collective exhibit, that's fine too. Or if you want to do them separately, it doesn't matter. Whatever you want to do.

MR. AGEE: We can do them as a collective exhibit.

MR. BUNDREN: Okay.

A. I'll attest that these are all accurate.

Q. (BY MR. AGEE) And you're familiar with the other stores that we don't have plans for. Are the other stores built along -- on the -- with the same design?

A. In the similar fashion, yes.

Q. They're -- Buc-ee's is striving for uniformity, it appears to me. Is that fair to say?

NELL MCCALLUM & ASSOCIATES, INC. EXHIBIT 6

A.   For the most part, yes.

Q.   And the permanent detail that I'm asking you about and -- and trying to save some time here is that all of the stores that we're interested in, all of the travel centers that we're talking about have essentially the same arrangement of handicap parking spaces located at entrances and exits to the store; and they have the same -- they all have wheel stops in the same location. They all have handicap parking signs, and they all have the ramps that lead up to the door entrance.  Is that fair to say?

A.   Yes.

Q.   And the -- the store entrances are what, I think, you guys call vestibules and they both -- if they have two entrances or if they have three entrances, they all enter and exit through a vestibule and they are automatic doors?

A.   Yes.

MR. AGEE:  Let's make that as collective Exhibit No. 4.

MR. BUNDREN:  Do you want all of them together as collective as 4, or do you want Crossville separate as 4 and the rest of them as 5?  Doesn't matter.  I'm just asking.

MR. AGEE:  I -- I already said on the

Case 2:24-cv-00080    Document 72-6    Filed 03/11/26    Page 6 of 7   PageID #: 813    EXHIBIT 6

REPORTER'S CERTIFICATE

I, Haleigh Hernandez, a Certified Shorthand Reporter in and for the State of Texas, certify that this deposition transcript is a true and correct record of the testimony given by the witness named herein, after said witness was duly sworn by me. The witness was requested to review the deposition.

I further certify that I am neither attorney or counsel for, related to, nor employed by any parties to the action in which this testimony is taken and, further, that I am not a relative or employee of any counsel employed by the parties hereto or financially interested in the action.

I further certify that the amount of time used by each party at the deposition is as follows:

Mr. Agee - 1h36m
Mr. Bundren - 0h0m
Mr. Richardson - 0h0m

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the 30th day of December, 2025.

/s/ Haleigh Hernandez

Haleigh Hernandez, CSR, RPR
Texas CSR No. 9371
Expiration: 03/31/2027
Nell McCallum & Associates
3560 Delaware, Suite 402
Beaumont, Texas 77706
Firm Registration No. 143
(409) 838-0333