Case 2:24-cv-00080    Document 72-9    Filed 03/11/26    Page 1 of 5 PageID #: 833

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| LISA CARRELL, | ) Case No. |
| | ) 2:24-CV-00080 |
|       Plaintiff, | ) |
| | ) Judge Waverly D. |
| v. | ) Crenshaw, Jr. |
| | ) |
| BUC-EE'S TENNESSEE, LLC | ) Magistrate Judge |
| and BUC-EE'S, LTD., | ) Alistair E. |
| | ) Newbern |
|       Defendants. | ) |
| | ) JURY DEMAND |

_____

VIDEO DEPOSITION OF

LAURA McCONNELL

Wednesday, July 30th, 2025
_____

APPEARANCES:

For the Plaintiff:  Mr. Neal Agee, Jr.
                    Agee & Tinsley
                    406 West Main Street, Suite A
                    Lebanon, TN 37087


For the Defendants: Mr. Ryan N. Kilpatrick
                    Bradley Arant Boult Cummings LLP
                    1221 Broadway, Suite 2400
                    Nashville, TN 37203

                    Ms. Kortney Branum
                    11200 Broadway Street, Suite 2332
                    Pearland, TX 77584


Also Present:       Mr. Travis Temples, Videographer


Stenographically Reported by:
Colleen Hansen, LCR, RPR

EXHIBIT 9

The video deposition of LAURA McCONNELL was taken by counsel for the Plaintiff at Holiday Inn Express, 560 Peavine Road, Crossville, TN 38571, Wednesday, July 30th, 2025, beginning at approximately 11:41 a.m., for all purposes allowed under the Federal Rules of Civil Procedure.

It is agreed that Colleen Hansen, Licensed Court Reporter, Registered Professional Reporter, may swear the witness, take the deposition, and afterwards reduce same to typewritten form, and that the reading and signing of the completed deposition by the witness was not discussed.

All formalities as to caption, certificate, transmission, filing, et cetera, are waived.  All objections except as to the form of the questions are reserved to on or before the hearing.

_____

INDEX

LAURA McCONNELL:                                    Pages

   Examination by Mr. Agee ................. 3-77


EXHIBITS

   Number              Description                  Page

      1        Laura McConnell Incident         59
               Reports

entrance.

Q.      Let me pass you a -- a...

A.      Okay.

Q.      Can you identify where that picture was taken?

A.      Yes.  This is Genesis.  Yes.

Q.      Is this the left side of the vestibule entrance?

A.      Yes.

Q.      And it would be the left side if you were leaving the building; correct?

A.      Correct.  Correct.

Q.      And you can see the canopies over the fuel pumps in this picture; can't you?

A.      Uh-huh.  Yes, sir.

Q.      And between the gas islands and the building are two lanes of traffic for vehicles to pass through; correct?

A.      Correct.

Q.      That's where the cars pulling into and pulling out of the store drive to get to a gas pump or get to the front of the building to park?

A.      Correct.

Q.      In addition to those two lanes of traffic, there are gas pumps out there.  How many gas pumps

are there?

A.    There's 120 gas pumps at Buc-ee's.

Q.    And people are constantly driving through that area of the parking lot; aren't they?

A.    Yes, sir.

Q.    And people are constantly pulling in and out of parking spots; aren't they?

A.    Yes, sir.

Q.    So if you're a pedestrian going from the building to the gas islands, you need to be keeping a watch for traffic; don't you?

MR. KILPATRICK:  Object to the form.

Go ahead and answer.

THE WITNESS:  Yes.

BY MR. AGEE:

Q.    Because if you don't watch where you're going, you might get hit by a car; correct?

A.    Yes.

Q.    And people, when they leave the building, generally walk straight toward their car; don't they?

MR. KILPATRICK:  Object to the form.

THE WITNESS:  I can't answer that. People go different directions.

BY MR. AGEE:

Q.    Do the -- when people exit, you think they

REPORTER'S CERTIFICATE

I, Colleen Hansen, Licensed Court Reporter, for the State of Tennessee at large, do hereby certify that I reported the foregoing proceedings at the time and place set forth in the caption thereof; that proceedings were stenographically reported by me; and that the foregoing proceedings constitute a true and correct transcript of said proceedings to the best of my ability.

I FURTHER CERTIFY that I am not related to any of the parties named herein, nor their counsel, and have no interest, financial or otherwise, in the outcome of these proceedings.

I FURTHER CERTIFY that I am duly licensed by the Tennessee Board of Court Reporting, as evidenced by the LCR number and expiration date following my name below.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of August, 2025.

_____

Colleen Hansen, LCR #879

Expiration Date: 6/30/2026