# EXHIBIT 2

# Bundren, Brandon

| | |
|---|---|
| **From:** | Tyler Yarbro <tyarbro@dodsonparker.com> |
| **Sent:** | Wednesday, March 11, 2026 1:55 PM |
| **To:** | Bundren, Brandon; Sacks, Marlee |
| **Cc:** | Brittany Manis; 'Neal Agee' |
| **Subject:** | RE: Carrell v. Buc-ee's - Statement of Facts |
| **Attachments:** | Plaintiff's Add'l Material Facts.docx |

Brandon,

Please find attached a Word version of the statement of additional facts filed just now on behalf of Ms. Carrell in response to the Defendants' Motion for Summary Judgment.

Best,
Tyler


Tyler Chance Yarbro, Managing Partner
Dodson Parker Behm & Capparella, PC
1310 6th Avenue North
Nashville, TN 37208
Office: (615) 254-2291
Fax: (615) 726-2241
[For directions and parking information, click here.](#)



[www.dodsonparker.com](http://www.dodsonparker.com)

This message has been sent from a law firm and may contain information which is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.  Thank you.

**From:** Bundren, Brandon <bbundren@bradley.com>
**Sent:** Wednesday, February 11, 2026 9:26 AM
**To:** 'Neal Agee' <neal@ageefirm.com>; Tyler Yarbro <tyarbro@dodsonparker.com>
**Cc:** Brittany Manis <brittany@ageefirm.com>; Sacks, Marlee <msacks@bradley.com>
**Subject:** Carrell v. Buc-ee's - Statement of Facts

Neal and Tyler,

Pursuant to Local Rule 56.01(c)(4), please find attached a copy of the undisputed material facts in editable format.

Thank you.

Brandon

**R. Brandon Bundren**
Partner
e: bbundren@bradley.com w: bradley.com
d: 615.252.4647 f: 615.248.3047
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203

Licensed in Arkansas (2025), Kentucky (2024), Tennessee (2012), and Texas (2005)

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.