

406 W MAIN STREET
SUITE A
LEBANON, TN 37087

February 27, 2026

***<u>Via U.S. Mail and E-Mail: bbundren@bradley.com and msacks@braadley.com</u>***
R. Brandon Bundren
Marlee Sacks
Bradley Arant Boult Cummings, LP
1221 Broadway, Suite 2400
Nashville, TN 37203

      Re:    *Lisa Carrell v. Buc-ee's Tennessee, LLC and Buc-ee's, Ltd.*
               United States Middle District Court, Northeastern Division, No. 2:24-CV-00080

Dear Counsel:

     Pursuant to Federal Rules of Civil Procedure 26(a)(2)(B), attached is the written expert witness report of Dr. Robert Stammer, dated February 27, 2026. Pursuant to the order of Judge Alistair Newbern, all outstanding fact and expert discovery deadlines, including the deadline by which to file motions related to fact discovery, were continued and have not been rescheduled. Plaintiff is furnishing this report at this time on a voluntary basis.

     Pursuant to Federal Rules of Civil Procedure 26(a)(2)(B) and (C), Plaintiff would identify treating physician, James Rubright, M.D., as a witness Plaintiff may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705. Dr. Rubright was not retained or specially employed to provide expert testimony in the case, and Plaintiff is not required to provide a written report of the witness. The subject matter on which the witness is expected to testify is Plaintiff's injury, which is the subject of this lawsuit.

     A summary of the facts and opinions to which the witness is expected to testify are as follows: Plaintiff suffered right ring and middle finger injuries 12/2/2023. She fell in the Buc-ee's parking lot in Crossville. She was treated in the ER at Cumberland Medical Center on the date of injury. Plaintiff had an open dislocation of the right middle finger. She had an associated volar plate fracture. She had a PILON fracture at the articular base of P2 in the ring finger. There was impaction of the articular surface. There was interval displacement of the articular fracture, P2 base of ring finger. There was incongruity of the volar articular fragments.

     Plaintiff required surgery to stabilize the joint. Surgery was performed at Centennial Surgery Center on December 19, 2023. Preoperative diagnosis was right ring finger, middle phalanx, articular base fracture with PIP joint subluxation. Postoperative diagnosis was the same. The procedure performed was a right ring finger open reduction and internal fixation of PIP joint articular fracture of the middle phalanx. Plaintiff had an extensive course of post-surgical therapy

TELEPHONE (615) 444-0001 • FAX (615) 444-3992 • E-MAIL: GENERAL@AGEEFIRM.COM

at Tennessee Orthopedic Alliance Occupational Therapy and follow-up treatment by Dr. Rubright and his physician's assistant. Physical therapy required skilled rehabilitative therapy and the fabrication of custom aorthosis.

Radiographic studies were taken before and after surgery and during the recovery period. Post-operatively, the plaintiff had physician's treatment and therapy on the following dates:

| | |
|---|---|
| 12/19/2023 | James H. Rubright, M.D. |
| 1/3/2024 | TOA Occupational Therapy |
| 1/3/2024 | Elizabeth Ferrell, Physician Asst. |
| 1/8/2024 | TOA Occupational Therapy |
| 1/9/2024 | TOA Occupational Therapy |
| 1/11/2024 | TOA Occupational Therapy |
| 1/18/2024 | TOA Occupational Therapy |
| 1/23/2024 | TOA Occupational Therapy |
| 1/25/2024 | TOA Occupational Therapy |
| 1/30/2024 | TOA Occupational Therapy |
| 2/1/2024 | TOA Occupational Therapy |
| 2/6/2024 | TOA Occupational Therapy |
| 2/8/2024 | James H. Rubright, M.D. |
| 2/8/2024 | TOA Occupational Therapy |
| 2/13/2024 | TOA Occupational Therapy |
| 2/15/2024 | TOA Occupational Therapy |
| 2/20/2024 | TOA Occupational Therapy |
| 2/22/2024 | TOA Occupational Therapy |
| 2/27/2024 | TOA Occupational Therapy |
| 2/29/2024 | TOA Occupational Therapy |
| 3/7/2024 | Elizabeth Ferrell, Physician Asst. |
| 3/7/2024 | TOA Occupational Therapy |
| 3/12/2024 | TOA Occupational Therapy |
| 3/14/2024 | TOA Occupational Therapy |
| 3/19/2024 | TOA Occupational Therapy |
| 3/21/2024 | TOA Occupational Therapy |
| 3/26/2024 | TOA Occupational Therapy |
| 3/28/2024 | TOA Occupational Therapy |
| 4/11/2024 | TOA Occupational Therapy |
| 4/18/2024 | TOA Occupational Therapy |
| 4/25/2024 | TOA Occupational Therapy |
| 5/30/2024 | James H. Rubright, M.D. |

Five months post-op, plaintiff was struggling with stiffness in the PIP joint of the right ring finger. Patient had been treated with a blocking cast. Patient did not have full motion. Patient's middle and ring fingers remained stiff. She had loss of range of motion. Patient's fracture healed. She has permanent residual stiffness. The medical records detailing Plaintiff's treatment and conditions were furnished in Plaintiff's Initial Disclosures.

Very Truly Yours,

Neal Agee

/bm

Enclosure