

Writer's Direct E-mail:
elsmart0101@gmail.com
April 1, 2026

***SENT VIA E-MAIL***

R. Brandon Bundren, Partner
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
e: bbundren@bradley.com w: bradley.com
d: 615.252.4647 f: 615.248.3047

Dear Mr. Bundren:

ELSMART Associates, LLC was retained by defense counsel, Bradley Arant Boult Cummings LLP, to perform an independent safety, human factors, and code compliance evaluation and assessment of the incident involving Lisa Carrell at the Buc-ee's Travel Center, located at 2045 Genesis Road, Crossville, Tennessee, which occurred on December 2, 2023 (*Lisa Carrell v. Buc-ee's Tennessee, LLC and Buc-ee's, Ltd., Case No. 2:24-CV-00080, United States District Court for the Middle District of Tennessee*). ELSMART was also retained to review, analyze, and provide rebuttal opinions to the report provided by Robert Stammer.

The assessment conducted by ELSMART consisted of a site inspection of the Buc-ee's Travel Center in Crossville, conversations with Buc-ee's employees or representatives, including Scott Ratcliff, P.E. (Director of Engineering) and Richard Sebastian (Buc-ee's Head of Operations), regarding site design, parking configuration, bollard and signpost specifications, and operational considerations relevant to the subject location. The assessment also included a comprehensive review of materials relevant to the incident, including the Plaintiff's Complaint, Defendants' Answer, deposition testimony, incident reports, photographs, video evidence, discovery responses, expert disclosures, and applicable codes, standards, and industry guidance. These materials were evaluated to assess the condition and design of the parking area, including the handicap parking spaces, wheel stops, pedestrian travel paths, and associated features, as well as human factors considerations related to pedestrian movement within a vehicular-use environment. ELSMART also conducted a detailed technical and regulatory analysis, which included evaluation of Stammer's opinions, deposition testimony, engineering drawings, site design documents, and applicable codes and standards such as the ADA Standards for Accessible Design, applicable provisions of the International Building Code (IBC) (including accessibility and means of egress considerations under Chapter 11), and recognized industry safety guidance, including ASTM F1637 and the ANSI/NFSI B101 series related to pedestrian safety and trip hazard recognition.



EXHIBIT 1



Donald D. Elswick, CIH, CSP, CHMM, CIT, on behalf of ELSMART, performed the review, analysis, and assessment for this matter. This report provides a summary of the results of that assessment and the opinions formed to a reasonable degree of professional certainty.

ELSMART is being compensated at $300 per hour for professional services, study, and testimony performed by a Board-Certified expert in this case. Compensation is based solely on time spent on review, analysis, report preparation, consultation, and testimony, and is not contingent upon the outcome of this matter or the substance of the opinions. In forming my opinions, I considered the following materials, which were provided by counsel or otherwise reviewed as part of my analysis:

- Plaintiff's Complaint and Defendants' Answer
- Defendants' Motion for Summary Judgment and filings related to that Motion
- Deposition testimony of Plaintiff, Lisa Carrell
- Deposition testimony of Buc-ee's representatives
- Incident reports and documentation related to the incidents at Buc-ee's Travel Center in Crossville
- Documents produced by Plaintiff in this matter
- Documents and videos produced by Defendants in this matter
- Photographs and video evidence of the Buc-ee's Trave Center in Crossville
- Plaintiff's expert disclosure and report (Robert Stammer)
- Engineering drawings and site design documents for the Crossville Buc-ee's location
- Buc-ee's standard design details for parking areas, signposts, and bollards
- Engineering communications and structural comparison data regarding signpost and bollard load capacities
- Customer transaction and visitor data for the Crossville location
- Applicable codes and standards, including:
  - ADA Standards for Accessible Design
  - International Building Code (IBC), including Chapter 11 accessibility provisions
  - ASTM F1637 – Standard Practice for Safe Walking Surfaces
  - ANSI/NFSI B101 series standards



**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com
Case 2:24-cv-00080    Document 98-1    Filed 05/29/26    Page 2 of 14 PageID #: 1227

EXHIBIT 1



## Opinions:

As described above, I have reviewed and analyzed materials related to the incident involving Plaintiff, Lisa Carrell, which occurred on December 2, 2023, at the Buc-ee's Travel Center located at 2045 Genesis Road, Crossville, Tennessee. Based upon this review, as well as my education, training, and professional experience in safety, human factors, and hazard evaluation, I offer the following opinions to a reasonable degree of professional certainty:

1. **Compliance with Applicable Standards and Accepted Practices**.

   The design, configuration, and condition of the Buc-ee's Travel Center in Crossville's parking area, including the handicap-accessible parking spaces and associated features, were consistent with generally accepted safety practices and applicable regulatory requirements in effect at the time of the incident.

   Specifically, the ADA Standards for Accessible Design require accessible parking spaces to be served by accessible routes providing minimum clear widths (typically 36 inches minimum, 60 inches where required) and unobstructed paths of travel. The International Building Code (IBC), including Chapter 11, similarly requires accessible routes to be continuous, unobstructed, and compliant with dimensional criteria.

   Based on my review, the Buc-ee's Crossville location provides compliant accessible routes separate from vehicular-use areas. The presence of a wheel stop within a parking stall does not violate these requirements because wheel stops are not located within designated accessible routes.

2. **Consistency with ADA and IBC Requirements**.

   The conditions present at the Buc-ee's Travel Center in Crossville are consistent with the ADA Standards for Accessible Design and relevant provisions of the International Building Code (IBC), including accessibility requirements set forth in ADA §§ 206 (Accessible Routes), 402 (Accessible Routes), and 502 (Parking Spaces), as well as IBC Chapter 11 (Accessibility)**.** These standards require that accessible parking spaces be served by an accessible route that provides a continuous, unobstructed path of travel with minimum clear width (generally 36 inches) and appropriate connection to accessible building entrances.

   Based on my review of the site layout, photographs, and design documents, the Buc-ee's Crossville location provides accessible routes that meet these requirements and are distinct from vehicular-use areas. The location of the wheel stop is within a parking stall and not within a designated accessible route or required path of travel. Neither the ADA Standards nor the IBC prohibit the use of wheel



**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 1



stops within parking spaces, and both frameworks recognize that vehicle-use areas may contain features necessary for vehicle control and positioning.

Accordingly, Buc-ee's complied with applicable accessibility requirements by providing compliant accessible routes and clear paths of travel, while utilizing wheel stops as a standard parking control measure outside of those required accessible pathways.

3. **Availability of Accessible Routes and Pedestrian Pathways**.

Plaintiff testified that accessible routes and alternative pedestrian pathways were available to Plaintiff at the Buc-ee's Travel Center in Crossville. Specifically, there was no impediment to Plaintiff using the hatched area or the crosswalk, which was distinct from the handicapped parking space. Carrell Dep. at 94:4–21. The area where the incident occurred was within a vehicular-use parking environment, not a designated accessible route requiring unobstructed travel under ADA or IBC provisions.

4. **Condition and Visibility of the Wheel Stop**.

The wheel stop at issue was a fixed, visible, and commonly used parking control device, consistent with accepted design and safety practices. Plaintiff agreed that there was red and white reflective tape on the wheel stop that she fell on (Carrell Dep. at 30:23–31:3; 99:8–11), the parking lot was lit up (*id.* at 75:21–77:2; 79:10–16), and the wheel stop was a fixed object that was not hidden from anyone (*id.* at 90:21–23; 91:7–10). It did not constitute a hidden or latent hazard.

5. **Human Factors and Foreseeability**.

From a human factor's perspective, the subject environment reflects a typical shared vehicle–pedestrian interface where individuals are expected to exercise ordinary situational awareness. The condition was open and obvious and consistent with environments commonly encountered in commercial parking facilities. Plaintiff testified that she had seen wheel stops before and the wheel stop she tripped over was like other wheel stops she has seen before. Carrell Dep. at 100:7–14.

6. **Application of Safety Engineering Principles**.

Engineering data reviewed includes Buc-ee's design drawings, standard detail sheets, and engineering communications provided by Scott Ratcliff, P.E., as well as structural load comparison information prepared by Erasmo Morales Jr., P.E. (Dally + Associates).



**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 1



These materials establish that the Crossville signpost consists of an approximately 4-inch diameter concrete-filled pipe embedded approximately 2.2 feet, with an estimated horizontal load capacity of approximately 450 pounds, whereas true bollards used in protective applications consist of approximately 6-inch diameter concrete-filled steel members embedded approximately 7.5 feet, with load capacities on the order of 20,000 pounds.

This engineering comparison confirms that the subject signpost is not designed or capable of functioning as an impact-resistant bollard.

7. **<u>Substantial Compliance and Standard of Care</u>**.

As referenced in my Declaration dated February 11, 2026, filed in connection with Buc-ee's Motion for Summary Judgment, which is incorporated herein by reference, the design, construction, and maintenance of the subject parking area, including the wheel stops and handicap parking areas, reflect substantial compliance with applicable federal, state, and local regulations, as well as recognized industry standards in effect at the time Plaintiff fell on December 2, 2023. The conditions do not demonstrate a deviation from the applicable standard of care for premises safety.

Specifically, the City of Crossville, Tennessee has adopted and the 2010 ADA Standards for Accessible Design codified at 28 C.F.R. Part 36, including provisions governing accessible parking spaces and access aisles (Sections 208 and 502) and accessible routes connecting parking areas to building entrances (Section 206). The ADA Standards require accessible routes connecting parking areas to building entrances (Section 206). Section 403.5.1 requires a minimum 36 inches clear width for accessible routes (with limited exceptions). Section 307 provides limitations for objects that protrude into circulation paths, but wheel stops located outside the accessible route and below cane-detection limits do not violate Section 307 when they do not intrude into the required clear width. Section 502.3 requires a minimum of 60 inches for access to aisle widths for parking spaces.

The City of Crossville, Tennessee has also adopted the 2018 International Building Code as adopted by the State of Tennessee, including IBC Chapter 11 (Accessibility) and IBC Section 1106 (Accessible Parking), which governs the design and configuration of accessible parking facilities and associated pedestrian access. The IBC references the ADA Standards and requires accessible routes from parking areas to building entrances with a minimum of 36 inches clear width for accessible routes (Section 1104) and a minimum of 60 inches for access aisle widths for parking spaces (Section 1106). Further, the City of Crossville, Tennessee's building and zoning codes adopt and enforce the International Building Code and related accessibility provisions applicable to parking layout, accessible parking spaces, and pedestrian access at retail facilities.



**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 1



Neither the 2010 ADA Standards for Accessible Design nor the International Building Code prohibits the use of wheel stops in parking facilities. Buc-ee's is in substantial compliance with all the federal, state, and local regulations described above in connection with its wheel stops and handicapped parking areas. These federal, state, and local regulations at issue were in effect at the time Plaintiff fell on December 2, 2023.

## Response to the Stammer Report:

Mr. Stammer's opinions rely on unsupported assumptions and lack reliable methodology, including mischaracterization of signposts as bollards, failure to apply ADA/IBC distinctions, absence of testing or calculations, and reliance on generalized assertions without standards support.

First, design data establishes that the Crossville signpost at Buc-ee's Travel Center has an approximate horizontal load capacity of 450 pounds, whereas true bollards used in ADA complaint applications have a load capacity on the order of 20,000 pounds. Accordingly, the signpost referenced in the Stammer report is not a bollard and cannot function as an impact-resistant barrier. Accordingly, Stammer's Opinion No. 1 is based on a false engineering premise.

Second, because no impact-resistant barrier exists at the at the Buc-ee's Travel Center where Plaintiff tripped and fell, the use of a wheel stop is appropriate and consistent with accepted parking design and safety engineering principles. Wheel stops serve as a recognized control measure to limit vehicle overtravel and protect adjacent pedestrian areas, infrastructure, and property.

Third, Mr. Stammer's Opinions Nos. 3 through 7 are summaries of testimony and do not constitute independent expert opinions or technical analysis.

Fourth, Mr. Stammer's Opinions Nos. 8 and 9 lack engineering analysis and are not supported by applicable codes, standards, or accepted methodology.

Fifth, in evaluating the significance of the incident history referenced by Plaintiff's expert, it is necessary to consider those events in the context of overall customer exposure. Raw incident counts, standing alone, do not provide a reliable basis for determining whether a condition is defective or unreasonably dangerous; rather, such counts must be evaluated relative to the volume of individuals exposed to the condition.

**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

Case 2:24-cv-00080    Document 98-1    Filed 05/29/26    Page 6 of 14 PageID #: 1231

EXHIBIT 1



**Incident-Period Analysis (June 27, 2022 – December 2, 2023)**

For the time directly associated with Plaintiff's incident, Buc-ee's records reflect approximately 3,955,169 transactions, which equate to approximately 9,887,923 customer visits when applying the accepted multiplier of 2.5 customers per transaction.

During this same period, Plaintiff identifies approximately 60 reported wheel-stop-related incidents.

When evaluated relative to customer exposure, this equates to:

- 0.607 incidents per 100,000 customer visits
- 0.000607% of total visits
- 1 incident per 164,799 customer visits

From a safety engineering and risk-analysis perspective, this rate is extremely low, indicating that most customers, in excess of 99.999%, travelled the premises without incident.

**Full-Period Comparative Analysis (June 27, 2022 – October 20, 2025)**

As a secondary and confirmatory analysis, I evaluated the broader dataset referenced by Plaintiff's expert, which includes approximately 110 total reported wheel-stop-related incidents at the Buc-ee's Travel Center in Crossville over the period June 27, 2022, through October 20, 2025.

During this full period, Buc-ee's records show:

- Total Transactions: 8,675,469
- Customer Visits (×2.5): 21,688,673

When evaluated relative to this expanded exposure dataset, the incident rate equates to:

- 0.507 incidents per 100,000 customer visits
- 0.000507% of total visits
- 1 incident per 197,169 customer visits

This broader analysis confirms and reinforces the conclusions drawn from the incident-period analysis: the occurrence rate remains statistically minimal and does not support any reliable inference that the condition was defective or unreasonably dangerous.



**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 1



### Plaintiff-Specific Exposure Context

Plaintiff's own testimony further supports the conclusion that the condition was open, obvious, and consistent with commonly encountered parking environments. Plaintiff testified that she had encountered wheel stops throughout her life and that this was the first instance in which she had tripped over one. *Carrell Dep.* at 54:22–55:14; 100:7–14.

Additionally, Plaintiff visited the Buc-ee's location less than twelve hours prior to the incident and successfully traversed the same parking area without incident. *Id.* at 66:23–67:7; 71:2–9; 72:4–6. Upon returning later that evening, Plaintiff again walked through the parking area and entered the store without incident. *Id.* at 75:21–77:2; 79:17–80:3.

### Safety Engineering Interpretation

Importantly, these statistical findings must be considered alongside the recognized safety function of wheel stops. Wheel stops are designed to:

- Control vehicle positioning within parking stalls
- Prevent vehicle overtravel into pedestrian areas
- Protect storefronts, accessible routes, and adjacent infrastructure

The relatively small number of reported incidents does not negate the protective function of this control measure. On the contrary, when evaluated in the context of millions of customer exposures, the data demonstrates that the condition performs its intended safety function without creating an unreasonable risk. Applying the same incident-frequency logic relied upon by Plaintiff's expert, the extremely low rate of occurrence does not support any statistically or scientifically reliable inference that the condition was defective, unreasonably dangerous, or indicative of negligence.



**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

Case 2:24-cv-00080    Document 98-1    Filed 05/29/26    Page 8 of 14 PageID #: 1233

EXHIBIT 1



## EXPOSURE AND INCIDENT FREQUENCY ANALYSIS

| Metric | Incident Period (6/27/2022–12/2/2023) | Full Period (6/27/2022–10/20/2025) |
|---|---|---|
| Transactions | 3,955,169 | 8,675,469 |
| Customer Multiplier | × 2.5 | × 2.5 |
| Estimated Customer Visits | 9,887,923 | 21,688,673 |
| Reported Incidents | 60 | 110 |
| Incidents per 100,000 Visits | 0.607 | 0.507 |
| Percent of Total Visits | 0.000607% | 0.000507% |
| Visits per Incident | 164,799 | 197,169 |

### Limitations of this report:

This report reflects only the conditions that existed at the time of the assessment. As with such evaluations, any opinions expressed herein are subject to revision considering new information that may be developed in the future.

Respectfully,



Donald D. Elswick, CIH, CSP, CET, CHMM
OEHS Professional and Specialist





**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 1



# SUMMARY OF QUALIFICATIONS AND CERTIFICATIONS OF EXPERT

- Certified by the American Board of Industrial Hygienists (ABIH) in the comprehensive practice of Industrial Hygiene (CIH Certificate Number 11349 CP)
- Certified by the Board of Certified Safety Professionals as a Certified Safety Professional (CSP#19460)
- Certified Hazardous Material Manager (CHMM) from The Institute of Hazardous Materials Management as a Certified Hazardous Material Manager (CHMM #9854)
- Certified Instructional Trainer (CIT #99-878) designation from the Council of Engineering and Scientific Specialty Boards (CESB) with a specialization in Management and Transportation of Hazardous Material and Waste
- OSHA-authorized trainer general industry (10- and 30-hour) Card #19-0079833
- Hazardous Material Specialist and a certified HAZMAT Technician in accordance with National Professional Qualification Standards (NPQS) NFPA 472.
- Certified Occupational Safety Specialist (COSS) (Certificate # 33300651) presented by the Alliance Safety Council
- American Industrial Hygiene Association (AIHA) Registered Specialist: Exposure Decision Analysis, #291606

## SYMPOSIA AND PRESENTATIONS BY EXPERT

**2025**
- **"Keys to Hiring a Safety and IH Consultant,** ACGIH Learning Pass, January 29, 2025
- **"A Review of OSHA Guidance on Arc Flash,** ISHN webinar**, March 27, 2025
- **"The New Susceptible Worker Protection Technical Framework,** 33rd Annual Joint Safety and Environmental Professional Development Seminar (PDS), Naval Safety and Environmental Training Center, April 24, 2025
- **"Pregnant Workers Fairness Act",** Ohio Safety Congress, April 17, 2025
- **"Heat Stress Coordinators Professional Development Seminar (6 hours),** Ohio Safety Congress, April 18, 2025
- **"Managing Heat Stress Through Evidence-Based Prevention Strategies",** Safety Fest TN, April 28, 2025
- **"PDC 002V, AIHA Connect, Managing Heat Stress with Thermal Stress Working Group Tools",** AIHA Connect, Kansas City, KS, May 16, 2025
- **Effective Occupational Environmental Health Safety (OEHS) Training, ACGIH**, June 17, 2025
- **ASSP Safety 2025 Sessions,** "Hot Topics in Heat Stress and Strain Monitoring: The Cool Work of AIHA's Thermal Stress Working Group (TSWG) and *Don't Walk Alone: Avoiding & Recovering from Burnout,* July 22-24, 2025
- **Environmental Compliance and Legal Fundamentals for OEHS Professionals,** ACGIH Webinar, August 2025



**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com
Case 2:24-cv-00080    Document 98-1    Filed 05/29/26    Page 10 of 14    PageID #: 1235    EXHIBIT 1



- **Panel Discussion: The Evolution of Wearable Safety Technology,** EHS Leaders Technology, September 8, 2025
- **CP Fall Protection Course (CIN: A-493-0103, CDP: 12JY),** US Navy Occupational Health Environmental Training Center (NAVOSHETC), NAS Jacksonville, FL., September 15-19, 2025
- **Unlocking the Language of IH to Enhance Employee Engagement,** AIHA Deep South Section, September 26, 2025
- **Beyond Compliance: Ethical Decision-Making for Today's OEHS Professionals!",** ACGIH Webinar, September 2025
- **Competent Person Fall Protection Course (CIN: A-493-0103), NCTC,** US Navy Occupational Health Environmental Training Center (NAVOSHETC), Gulfport, MS, December 5, 2025
- **Wearable personal monitoring devices to reduce heat-related injury for farm workers,** California Commission on Health and Safety and Workers' Compensation, December 11, 2025

**2024**

- **"Navigating the Pregnant Workers Fairness Act"**, TVS-AIHA Fall Conference, November 7, 2024,.
- **"Industrial Hygiene: It's All Geek to Me"**, AIHA Georgia Local Section, August 23, 2024,.
- **"The New Susceptible Worker Protection Technical Framework"**, Global Learning Summit, May 22-24, 2024, Phoenix, AZ.
- **"Optimizing OEHS Communications for Effective Program Implementation"**, AIHA Conference.
- **"What to Expect When OSHA Comes Inspecting"**, OSHA Compliance Training
- **"Experience Conducting Heat Stress Monitoring"**, AIHA Conference.
- **"Heat Hacks: Empowering Workers to Beat the Heat Stress Challenge"**, BWC Webinar, April 25, 2024.

**2023**

- **"Mastering Safety Regulation Compliance with Video"**, Speaker, National Safety Congress and Expo, New Orleans, LA, October 2023.
- **"Exposure Assessment Tools for Emerging Professionals"**, American Industrial Hygiene Association (AIHA) Exp 2023, Phoenix, AZ, May 2023.
- **"Engaging and Empowering Employees with Heat Stress Assessment Presentation"**, AIHA Exp 2023, Phoenix, AZ, May 2023.

**2022**

- **"The Future of Safety: Cost-Effective Solutions to OSHA and EPA Challenges"**, Keynote Speaker, Northeast Ohio Safety Expo, October 2022.



**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com
Case 2:24-cv-00080    Document 98-1    Filed 05/29/26    Page 11 of 14 PageID #: 1236    EXHIBIT 1



- **"Integration of OEHS Principles in Non-Profits Supporting the Profession"**, Marshall Safety Conference - Elements of Leadership, September 2022.
- **"Regulatory Update for Human Resource Professionals"**, Alabama Society of Human Resource Managers (ALSHRM) Employment Law and Compliance Conference, September 2022.

**2021**
- **"Ethics and Professional Practice in 2021"**, Co-Presenter with C. Habekost & S. Lynch, American Conference of Industrial Hygienist (ACGIH) Webinar, January 2021.

**2020**
- **"Key Issues When Hiring an Industrial Hygiene Consultant"**, Co-Presenter with C. Habekost & C. Harding, ACGIH Webinar, July 2020.

**2017**
- **"21st Century Safety Leadership Series – Building a Safety Culture to Mitigate Workplace Injuries"**, BWC Employer Development Program (Multiple Locations: Piqua, Independence, Canfield, Cleveland, Akron, Lorain Community College), August – September 2017.
- **"Comparison of HOP and BBS"**, 2017 Food Industry Safety and Health Advisory Council, 3M Personal Safety Division, October 9, 2017.
- **"Serious Injuries and Fatalities Programs in the Chemical Industry"**, 2017 Gulf Coast Health & Safety Refining, Petrochemical, & Chemical Processing Advisory Council, November 14, 2017.
- **"Is Safety One of Your Many Hats? Keys for Safety Success"**, 26th Annual Sustainability & EHS Symposium, Duke Energy Center (Cincinnati Convention Center), March 21, 2017.

## SELECTED PUBLICATIONS OF EXPERT

American Industrial Hygiene Association (AIHA). (2026). *Health and Safety Issues in Natural Disasters, Version 3*. Falls Church, VA: AIHA. Working Group Member and Contributor. Retrieved from https://www.aiha.org

Modern Industrial Hygiene, Volume 3: Control of Critical Agents (Second Edition) (American Conference of Government Industrial Hygienists, 2025). Chapter 14, Risk Assessment, Worker Training/Communication, and Risk Management

Habekost, C., Elswick, L.M., and Elswick, D.D., Pregnant Workers Fairness Act: Ensuring equality and protection in the workplace. Professional Safety, 69(6), 22-25, June 2024



Case 2:24-cv-00080    Document 98-1    Filed 05/29/26    Page 12 of 14 PageID #: 1237    EXHIBIT 1



"Wearable Physiological Monitoring to Assess Heat Strain in Response to Heat Exposure" – White Paper, AIHA Thermal Stress Working Group, Contributor and Peer Reviewer.Morrissey-Basler, M. C., Bernard, T. E., Brewer, G. J., Elswick, D. D., Harvey, R., Hubregtse, K., Jordan, N., Kahal, E., Kaufman, C. E., Sun, K., Williams, W. J., & Yeoman, K. (2024). Wearable Physiological Monitoring to Assess Heat Strain in Response to Heat Exposure. *AIHA Thermal Stress Working Group White Paper*. Retrieved from https://www.aiha.org.

Braun, Z., & Elswick, D. D. (2024, August 1). Wet Bulb Globe Temperature (WBGT) in Heat Safety. Occupational Health & Safety (OHS) Online. Retrieved from https://ohsonline.com/Articles/2024/08/01/Wet-Bulb-Globe-Temperature-WBGT-in-Heat-Safety.aspx.

Ryan Cannady, Catherine Warner, Aaron Yoder, Jeffrey Miller, Kaitlyn Crosby, Donald Elswick, Kristina W. Kintziger, The implications of real-time and wearable technology use for occupational heat stress: A scoping review, Safety Science, Volume 177, 2024, 106600, ISSN 0925-7535, https://doi.org/10.1016/j.ssci.2024.106600 . (https://www.sciencedirect.com/science/article/pii/S0925753524001905 )

National Safety Council, Safety and Health Magazine, Pushing the Profession forward: The role of the newest generation, Published January 2023.

AIHA University Frameworks, Susceptible Worker Protection, Version 1, May 15, 2023
ASSP/ISO TR - 45001-2021 Occupational Health and Safety Management Systems– General Guidelines for Organizations. Contributor and Peer Reviewer, Published March 2021

ASSP/ISO TR - 45005-2021 Occupational Health and Safety Management – Safe Working During the COVID-19 Pandemic – General Guidelines for Organizations. Contributor and Peer Reviewer, Published March 2021

ANSI/ASSP/ISO/IEC TS 17021-10-2021 Conformity Assessment – Requirements for Bodies Providing Audit and Certification of Management Systems - Part 10: Competence Requirements for Auditing and Certification of Occupational Health and Safety Management Systems, Contributor and Peer Reviewer, March 2021

ACGIH White Paper - Ventilation for Industrial Settings during the COVID-19 Pandemic, August 2020.   Contributor and Peer Reviewer.

Managing Hazardous Materials, A Definitive Test, Adriane P. Borgias, CHMM and Maribeth S. Bradfield PE, Managing Editor, 3rd Edition, Institute of Hazardous Materials Management (ISBN 978-0-692-38549-4).  Contributor and Peer Reviewer.

Elswick, D.  "Safety Training for Maximum Benefit and Compliance" Safety Sense, Bugbee and Conkle LLC Online Publication, February 2, 2018.





## CASES EXPERT PROVIDED TESTIMONY/OPINIONS

- Dependable Tank Line, LLC. at 8260 Port Road, Louisville, Kentucky, on January 29, 2019 (Civil Action No.: 3:19-cv-00759-JRW).

- USDOJ vs Anjin USA, U.S. District Court for the Middle District of Alabama, Eastern Division - November 12, 2020

- Estate of Curtis Trobaugh, Plaintiffs, v. Bradford Gravel Co., Inc. et al., Defendants, Civil Action No. CV-2020-900046, Trobrough vs Bradford Gravel - January 2021 (Alabama)

- JIMMY L. STEWARD, Plaintiff, v. BUC-EE'S, LTD D/B/A BUC-EE'S, ) ET. AL, CASE NO.: 20-CV-00538-TFM-MU

- Misael Pérez et al v. Clements Dean Building Company, LLC et al - Case No: CV-2023-900203

- Thomas Meneguin v. Litaly, LLC dba Bibb Street Pizza, Montgomery County, Alabama Circuit Court Case No. 03-CV-2024-900249 September1-8, 2024

- Melisa Claburn Parish v. Baptist Medical Center in the Circuit Court of Montgomery County, Alabama Case No.: CV 900-134

- James Cooley V CAWP et al., CIRCUIT COURT OF COOSA COUNTY, ALABAMA CIVIL ACTION NO. cv-2021-900016



**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 1