# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## at LOUISVILLE

UNITED FIRE & CASUALTY )
COMPANY a/s/o RIVERGREEN )
WATER RECYCLING, LLC, )
                          Plaintiff )

v. )
                              )

UNIVERSAL ENVIRONMENTAL )
SERVICES, LLC, ) Civil Action No.: 3:19-cv-00759-CHB
                Defendant )

And ) Judge Claria H. Boom
                              )

DEPENDABLE TANK LINES, LLC ) Magistrate Judge Lanny King
                              )

    Defendant/Third Party Plaintiff )

---

## DEFENDANT DEPENDABLE TANK LINES LLC'S
## EXPERT WITNESS DISCLOSURES

---

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and as required by the amended Scheduling Order of the Court [DR56], Defendant, Dependable Tank Lines, LLC submits this Disclosure of Expert Testimony. Defendant intends to call the following expert to provide testimony at the trial of this matter:

### FED. R. CIV. P. 26(a)(2)(B) RETAINED EXPERT

Donald D.  Elswick, CIH,CSP, CIT, CHMM
ELSMART Associates, LLC
11530 Woodford Street
Northport, Alabama 35475

Mr. Elswick is expected to testify consistent with his written report, which is attached as Exhibit 1 to this Disclosure of Expert Testimony.  The other matters required of Mr. Elswick by Fed. R. Civ. P. 26(a)(2)(B) are also included in the

EXHIBIT 3

written report.

Defendant reserves the right to amend or supplement this Disclosure of Expert Testimony as necessary and proper.

Respectfully submitted,

*/s/    William T. Donnell*
William T. Donnell
Andrew J. Horne
WHITTENDONNELL
700 N. Hurstbourne Pkwy,  Suite 112
Louisville, KY 40222
wdonnell@louisvillecounsel.com
ahorne@louisvillecounsel.com
*Dependable Tank Lines*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of filing to all counsel of record.

*/s/    William T. Donnell*

2

EXHIBIT 3



Writer's Direct E-mail:
elsmart0101@gmail.com

August 19, 2021

**SENT VIA E-MAIL**

Andrew J. Horne, J.D.
WHITTEN DONNELL
700 N. Hurstbourne Parkway, Suite 112
Louisville, Kentucky 40222
(502) 430-1016 Telephone
(502) 430-1083 Facsimile
ahorne@louisvillecounsel.com

Dear Mr. Horne,

On June 29, 2021, ELSMART Associates, LLC was requested to conduct a review of the fire that occurred at 8260 Port Road, Louisville, Kentucky, on January 29, 2019 (Civil Action No.: 3:19-cv-00759-JRW).

**Description of Work**

Whitten Donnell contracted ELSMART Associates to perform an assessment of the incident involving Dependable Tank Line, LLC. at 8260 Port Road, Louisville, Kentucky, on January 29, 2019 (Civil Action No.: 3:19-cv-00759-JRW).   The assessment by ELSMART Associates consisted of reviewing associated incident report paperwork, Rivergreen Water Recycling, LLC Safety Policy and Procedures Manual, deposition, court documents, attached exhibits of Universal Environmental Services, LLC, Michael Bassett, Daniel Whitlock, William Whitlock, and William Edwards. ELSMART Associates, LLC representative Donald D. Elswick, CIH, CSP, CET, CHMM, completed the review and hazard assessment activities on August 18, 2021. This report provides a summary of the results of the assessment.

**General Observations**

Rivergreen Water Recycling, LLC did not follow accepted best practices or industry standard practices to determination an accurate flash point for classification of materials. The procedure used by the employee violated section III, c(1)(a) of the company's safety policy and procedures manual.

**Conclusions and Observations**
During the review of the incident observations and conclusions were made based on documents provided.  Dependable Tank Lines, LLC as the transporter followed all United States Environmental Protection (USEPA) and Department of Transportation (DOT) required shipper and carrier regulations contained in 49 Code of Federal Regulations.



**ELSMART ASSOCIATES, LLC.** | 11530 Woodford Street, Northport, Alabama 35475
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 3



Dependable Tank Services, LLC followed procedures in 49 Code of Federal Regulations Part 172.328 which requires offers of a hazardous material to a motor carrier for transportation in a cargo tank to provide the motor carrier the identification numbers on placards that contain the required identification numbers, prior to or at the time the material is offered for transportation. The shipper did not offer any placards. Dependable Tank Services, LLC followed 49 Code of Federal 172.204(a) which required shipper's certification for transportation that the material is offered for transportation in accordance with the shipping paper (bill of lading) containing the required certification (declaration). The shipping paper (bill of lading) generated and reviewed was provided by the shipper in this event and did not require placards because it was a non-hazardous material.

Rivergreen Water Recycling, LLC flash point test was not performed by ASTM D93-16a Standard Test Methods for Flash Point by Pensky-Martens Closed Cup Tester. Failure to follow this procedure can make the product very dangerous for everybody involved in shipping, storing and using the product. The fire was caused by this failure to follow procedures specified in ASTM D93-16a Standard Test Methods for Flash Point by Pensky-Martens Closed Cup Tester. The documents reviewed did not indicate the rag used for the unapproved test method was securely or properly stored away from flammable materials and may have also been exposed to flammable materials.

**QUALIFICATIONS AND CERTIFICATIONS OF EXPERT**

- Certified by the American Board of Industrial Hygienists (ABIH) in the comprehensive practice of Industrial Hygiene (CIH Certificate Number 11349 CP)
- Certified by the Board of Certified Safety Professionals as a Certified Safety Professional (CSP#19460)
- Certified Hazardous Material Manager (CHMM) from The Institute of Hazardous Materials Management as a Certified Hazardous Material Manager (CHMM #9854)
- Certified Instructional Trainer (CIT #99-878) designation from the Council of Engineering and Scientific Specialty Boards (CESB) with a specialization in Management and Transportation of Hazardous Material and Waste
- OSHA-authorized trainer general industry (10- and 30-hour) Card #19-0079833
- Hazardous Material Specialist and a certified HAZMAT Technician in accordance with National Professional Qualification Standards (NPQS) NFPA 472.
- Certified Occupational Safety Specialist (COSS) (Certificate # 33300651) presented by the Alliance Safety Council



**ELSMART ASSOCIATES, LLC.** | 11530 Woodford Street, Northport, Alabama 35475
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com



## SYMPOSIA AND PRESENTATIONS OF EXPERT

Elswick, D. D., Habekost, C., Lynch S, "Ethics and Professional Practice in 2021", American Conference of Industrial Hygienist (ACGIH) webinar.  January 2021.

Elswick, D. D., Habekost, C., Harding, C., Key Issues When Hiring an Industrial Hygiene Consultant, American Conference of Industrial Hygienist (ACGIH) webinar, July 2020.

Elswick, D. D., "21st Century Safety Leadership Series – Building a Safety Culture to Mitigate the Risk of Workplace Injuries", In conjunction with BWC employer development program (Locations included Piqua, Independence, Canfield, Cleveland, Akron, and Lorain Community College) August – September 2017

Elswick, D. D., "Comparison of HOP and BBS" - e 2017 Food Industry Safety and Health Advisory Council hosted by 3M Personal Safety Division. October 9, 2017

Elswick, D. D. – "Serious Injuries and Fatalities Programs in Chemical Industry" 2017 Gulf Coast Health & Safety Refining, Petrochemical, & Chemical Processing Advisory Council. November 14, 2017

Elswick, D. D.  – "Is Safety One of Your Many Hats?  Keys for Safety Success" 26th Annual Sustainability & EHS Symposium, Duke Energy Center (Cincinnati Convention Center) - Cincinnati, Ohio.  March 21, 2017.

## SELECTED PUBLICATIONS OF EXPERT

ASSP/ISO TR - 45001-2021 Occupational Health and Safety Management Systems– General Guidelines for Organizations. Contributor and Peer Reviewer, Published March 2021

ASSP/ISO TR - 45005-2021 Occupational Health and Safety Management – Safe Working During the COVID-19 Pandemic – General Guidelines for Organizations. Contributor and Peer Reviewer, Published March 2021

ANSI/ASSP/ISO/IEC TS 17021-10-2021 Conformity Assessment – Requirements for Bodies Providing Audit and Certification of Management Systems - Part 10: Competence Requirements for Auditing and Certification of Occupational Health and Safety Management Systems, Contributor and Peer Reviewer, March 2021

ACGIH White Paper - Ventilation for Industrial Settings during the COVID-19 Pandemic, August 2020.   Contributor and Peer Reviewer.

Managing Hazardous Materials, A Definitive Test, Adriane P. Borgias, CHMM and Maribeth S. Bradfield PE, Managing Editor, 3rd Edition, Institute of Hazardous Materials Management (ISBN 978-0-692-38549-4).  Contributor and Peer Reviewer.

Elswick, D.  "Safety Training for Maximum Benefit and Compliance" Safety Sense, Bugbee and Conkle LLC Online Publication, February 2, 2018.



**ELSMART ASSOCIATES, LLC.** | 11530 Woodford Street, Northport, Alabama 35475
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 3



## CASES EXPERT PROVIDED TESTIMONY/OPINIONS

DOL Region V OSHA vs Whirlpool, 2018

USDOJ vs Ajin USA', U.S. District Court for the Middle District of Alabama, Eastern Division - November 12, 2020

USEPA vs Riker Products, Inc Complaint – July 2020 (Ohio)

Trobrough vs Bradford Gravel - January 2021 (Alabama)

USEPA vs Valfilm – July 2021 (Ohio)

## COMPENSATION PROVIDED TO EXPERT FOR TESTIMONY/OPINIONS

United Fire & Casualty v. Universal Environmental Services, et al. retainer is $3,000.00. Standard hourly rates $300 per hour for Board Certified Professionals.

**Limitation to this report**

ELSMART Associates, LLC report reflects only the conditions that existed at the time of the assessment. Any reports or remediation plans produced for the project site are limited to the portion(s) of the building(s) identified in ELSMART Associates, LLC Scope of Work Agreement. Any data, information, interpretations, or recommendations contained in ELSMART Associates, LLC reports are presented solely as a basis and guide to the existing conditions as evaluated. ELSMART Associates, LLC developed any conclusions or professional opinions presented herein in accordance with generally accepted principles and practices. As with such evaluations, any opinions expressed herein are subject to revision considering new information that may be developed in the future, and no warranties are expressed or implied. This report has not been prepared for use by any party other than our client. It may not contain sufficient information for the purposes of other parties or other uses. If any significant changes are made to site conditions, equipment, etc. described in this report, the conclusions and recommendations contained herein may be invalid, unless the changes are reviewed by ELSMART Associates, LLC and the conclusions and recommendations are modified or approved in writing. If there are any questions or concerns regarding the information provided, please contact the undersigned. Thank you for consulting ELSMART Associates, LLC.

Respectfully,

Donald D. Elswick, CIH, CSP, CET, CHMM
EHSS Trainer and Specialist



**ELSMART ASSOCIATES, LLC.** | 11530 Woodford Street, Northport, Alabama 35475
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 3