IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2020 MAR 16 P 4: 16

A.P. HACKETT, CLK
DISTRICT COURT
ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3: 20cr 93-SMD |
| | ) | |
| JOON LLC, d/b/a AJIN USA | ) | |

## INFORMATION

The United States Attorney charges, at all times relevant to this Information:

## BACKGROUND

1. Defendant Joon LLC, d/b/a Ajin USA ("AJIN"), was an auto-parts manufacturer that operated a plant located at 1500 County Road 177 in Cusseta, Alabama 36852 ("Facility").

2. The Occupational Safety and Health Act ("OSH Act") authorized the Occupational Safety and Health Administration ("OSHA") to promulgate workplace safety and health standards and required employers to comply with these standards. 29 U.S.C. §§ 664, 665.

3. Pursuant to Title 29, United States Code, Section 655, OSHA had promulgated a safety and health standard covering "servicing and maintenance of machines and equipment in which the unexpected energization or start up of the machines or equipment, or release of stored energy, could harm employees." 29 C.F.R. § 1910.147(a)(1)(i). The standard required that procedures be "developed, documented, and utilized for the control of potentially hazardous energy" during such servicing or maintenance activities.  20 C.F.R. § 1910.147(c)(4)(i).

4. An "employer" was statutorily defined at Title 29, United States Code, Section 652(5). Defendant AJIN was an "employer" under the OSH Act.

5. An "employee" was statutorily defined at Title 29, United States Code, Section 652(6). Regina Elsea was defendant AJIN's "employee" under the OSH Act.

1

EXHIBIT 4

## COUNT 1

### (Willful Violation of an Occupational Safety and Health Standard Causing Death to Employee –29 U.S.C. § 666(e))

Paragraphs 1 through 5 of this Information are incorporated and re-alleged herein.

On or about June 18, 2016, in the Middle District of Alabama, defendant,

Joon LLC, d/b/a Ajin USA

willfully violated Title 29, Code of Federal Regulations, Section 1910.147(c)(4)(i), a standard

promulgated pursuant to Title 29, United States Code, Section 665, requiring employers to utilize

energy control procedures to prevent machinery from starting during maintenance and servicing,

and said violation resulted in the death of AJIN employee Regina Elsea.

In violation of Title 29, United States Code, Section 666(e).

Respectfully submitted,


LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY


Ben M. Baxley
Assistant United States Attorney


Erica H. Pencak
U.S. Department of Justice Trial Attorney

2

EXHIBIT 4