

Writer's Direct E-mail:
elsmart0101@gmail.com
February 4, 2023

**SENT VIA E-MAIL**
James Rebarchak, Partner
Jones Walker, LLP, 11 North Water Street, Suite 1200
Mobile, Alabama 36602
(251) 439-7544 Telephone
(251) 433-4106 Facsimile
jrebarchak@joneswalker.com
**http://www.joneswalker.com**

Dear Mr. Rebarchak,

On June 29, 2022, ELSMART Associates, LLC was requested to conduct a review of the incident with James L. Steward at Buc-ee's, located at 20403 County Road 68, Robertsdale, Alabama on September 16, 2020 (James L. Steward v. Buc-ee's, LTD d/b/a Buc-ee's, et al. (05-CV-2020-901186.00)).

**Description of Work**

Jones Walker contracted ELSMART Associates to perform an assessment of the incident involving James L. Steward at Buc-ee's, located at 20403 County Road 68, Robertsdale, Alabama on September 16, 2020 (Jimmy L. Stewart v. Buc-ee's Alabama LLC, Unifirst Corporation, Lawrence Levinson, LTD d/b/a Buc-ee's, et al, United States District Court for the Southern District of Alabama (Civil Action No. 1:20-CV-OO538-TFM-MU).   The assessment by ELSMART Associates consisted of reviewing associated incident report paperwork.  ELSMART Associates, LLC representative Donald D. Elswick, CIH, CSP, CET, CHMM, completed the review and hazard assessment activities on January 27, 2023. This report provides a summary of the results of the assessment.

**General Observations/Executive Summary**

This report summarizes my review of findings to date of an injury event occurring to Jimmy L. Steward, referred to in this report as "petitioner".  In writing this report "defendant" refers to Buc-ee's Alabama, including all that own, operate, manage, or otherwise control the facility located at 20403 County Road, Robertsville, AL 36567. Based on the review of counsel-provided documents, research of standards, and my professional expertise it is my opinion that the Defendant meet all standard of care necessary to provide a safe premise to prevent slips, trips, and falls to the public.



**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com



EXHIBIT

A

EXHIBIT



This report will outline the actions taken by Buc-ee's that exceeded all American National Standards Institute/National Floor Safety Institute (ANSI/NFSI), B101.9 Standard Guide for Identification and Elimination of Interior and Exterior Pedestrian Trip Hazards on Walking Surfaces, Stairs, Steps and Ramps by integrating hierarchy of controls and not dependent on one variable for slip, trip, and fall protection prevention. This included an integrated management strategy that exceeded ANSI/NFSI recommended slip, trip and fall prevention checklist.

**Conclusions and Observations**

During the review of the incident observations and conclusions were made based on documents provided. This included video frame photos time stamped 09/16/2020 12:18:02:619 PM (CDT) and 09/16/2020 12:52:40:792 PM, Buc-ee's Policy, Procedure Manual, February 2020,.and compliant, civil action no 20-00538-TFM-MU expert disclosure. The following references and standards were used ANSI/NFSI B101.1-2020: Measuring the Wet SCOF of Walkways, National Floor Safety Institute, B101.9 Standard Guide for Identification and Elimination of Interior and Exterior Pedestrian Trip Hazards on Walking Surfaces, Stairs, Steps and Ramps, ANSI/NFSI B101.1-2020: Measuring the Wet SCOF of Walkways, ANSI/NFSI B101.6 Standard Guide for Commercial Entrance matting in reducing slips, trips, and falls, ANSI/NFSI B101.8 Standard Guide for Floor Safety Management Program for Slip, Trip and Fall Prevention, and ANSI/NFSI B101.9 Standard Guide for Identification and Elimination of Interior and Exterior Pedestrian Trip Hazards on Walking Surfaces, Stairs, Steps and Ramps. The photo below indicates Buc-ee's employee warning the public with cones but removal of water with a walk behind water squeegee machine.





**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com



The following opinions were developed by the consultant using the thirty-five (35) years of multi-disciplinary health, safety, and environmental experience, education, board certifications, training in occupational safety and health management, risk management and analysis of unwanted events occurring in industrial and public facilities.

**Opinion #1** – Buc-ee's management of slips trips and falls included all factors in preventing slips, trips, and falls recommended by ANSI/NFSI B101.9 Standard Guide for Identification and Elimination of Interior and Exterior Pedestrian Trip Hazards on Walking Surfaces, Stairs, Steps and Ramps.  This included not a single focus on human, organizational, or material factors.  Buc-ee's used an integrated system to protect employees and shoppers from slip, trip, and fall hazards was designed using ANSI/NSFI slip, trip and fall prevention checklist. In the photo below on 09/16/2020 Buc-ee's employees are placing cones as warning of possible slip, trip, and fall conditions.





**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 5



**Opinion #2** -Slip missteps are steps that occur when inadequate friction exists between a pedestrian's foot and a supporting surface, which then causes the pedestrian's foot to slide. ANSI/ASSP A1264.2-2022 addresses three basic factors: practices for facilitating adequate friction when walking on a working surface and pedestrian safety, discussion of test procedures and equipment, guidance on investigation and analysis of slip misstep incidents. This American National Standard is intended for use by safety, design, and facility professionals and related practitioners who seek guidance on minimizing the risk of misstep-related falls.  Buc-ee's policies to prevent workplace slips and falls, included management of the following: ensured the walking-working surface has acceptable friction under foreseeable (weather) conditions, made use of barricades, warnings, and other relevant signage to prevent a foreseeable slip hazard by monitoring.  Buc-ee's procedures included using floor mats and runners, and training, supervision, and a routine housekeeping program (e.g., written procedures including equipment for removal of hazards) to maintain safe walkway surfaces including illumination designs to minimize shadows that obscure hazardous conditions.  During the review of the incident and investigation it was determined that Buc-ee's procedures were designed for footwear that did not have sufficient frictional properties. The photo below was taken as the defendant entered the facility that was marked with hazard signs and a mat to assist in transition to the tile floor.





**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 5



**Opinion #3** -  Buc-ee's slip, trip, and fall management risk assessment and management was designed using all elements recommended in ANSI/NFSI B101.9 checklist including a walkway safety management standard, written for corporate risk managers and safety professionals outlining how to create a slip and fall prevention program.  Buc-ee's did not depend only on equipment or human factors to prevent slip, trip, and fall incidents but integrated human factors, organizational factors, and state of the art equipment to prevent exposure to slip, trip, and fall incidents.



SLIP, TRIP AND FALL PREVENTION CHECKLIST

**BUILDING ENTRANCES**

Entranceway floors are slip resistant (High-Traction)

Carpet tile/walk-off tile is used in lieu of hard surface flooring in vestibules

Appropriately sized carpet matting (runners) is used on hard surface entrance floors

Carpet mats are not curled, buckled, or rippled along their edges

Carpet mats are inspected frequently to ensure proper placement and that they are lying flat

Mat backings are NFSI Certified as High-Traction

Entryway mats are used during rain or snow conditions and should be removed from service when saturated

**WARNINGS AND BARRICADES**

Wet Floor or Caution signs are posted at all areas which lead to and in advance of a wet floor hazard

Caution signs are at least 28" tall and visible from 360 degrees

Caution signs are immediately removed when floor is dry. Caution signs are not posted when floors are dry

Mark all physical hazards (ie: cracks, holes, drop offs, etc.), including inclines, drop-offs, and temporary walkways using yellow slip resistant tape or paint until damage can be repaired or replaced

Walkway elevations measuring ¼" or greater need to be identified by way of a contrasting-colored marking. Elevations equal to or greater than ½" need to be beveled



**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 5



## SUMMARY OF QUALIFICATIONS AND CERTIFICATIONS OF EXPERT

- Certified by the American Board of Industrial Hygienists (ABIH) in the comprehensive practice of Industrial Hygiene (CIH Certificate Number 11349 CP)
- Certified by the Board of Certified Safety Professionals as a Certified Safety Professional (CSP#19460)
- Certified Hazardous Material Manager (CHMM) from The Institute of Hazardous Materials Management as a Certified Hazardous Material Manager (CHMM #9854)
- Certified Instructional Trainer (CIT #99-878) designation from the Council of Engineering and Scientific Specialty Boards (CESB) with a specialization in Management and Transportation of Hazardous Material and Waste
- OSHA-authorized trainer general industry (10- and 30-hour) Card #19-0079833
- Hazardous Material Specialist and a certified HAZMAT Technician in accordance with National Professional Qualification Standards (NPQS) NFPA 472.
- Certified Occupational Safety Specialist (COSS) (Certificate # 33300651) presented by the Alliance Safety Council
- American Industrial Hygiene Association (AIHA) Registered Specialist: Exposure Decision Analysis, #291606

## SYMPOSIA AND PRESENTATIONS OF EXPERT

Elswick, D. D., "The Future of Safety Cost Effective Solutions to OSHA and EPA Challenges". Keynote Speaker for Northeast Ohio Safety Expo, October 2022.

Elswick, D. D., Integration of OEHS principles in non-profits supporting the profession. 2022 Marshall Safety Conference - Elements of Leadership, September 2022.

Elswick, D. D., Regulatory Update for Human Resource Professionals. Alabama Society of Human Resource Managers (ALSHRM) Employment Law and Compliance Conference, September 2022

Elswick, D. D., Habekost, C., Lynch S, "Ethics and Professional Practice in 2021", American Conference of Industrial Hygienist (ACGIH) webinar. January 2021.

Elswick, D. D., Habekost, C., Harding, C., Key Issues When Hiring an Industrial Hygiene Consultant, American Conference of Industrial Hygienist (ACGIH) webinar, July 2020.



EXHIBIT 5



Elswick, D. D., "21st Century Safety Leadership Series – Building a Safety Culture to Mitigate the Risk of Workplace Injuries", In conjunction with BWC employer development program (Locations included Piqua, Independence, Canfield, Cleveland, Akron, and Lorain Community College) August – September 2017

Elswick, D. D., "Comparison of HOP and BBS" - e 2017 Food Industry Safety and Health Advisory Council hosted by 3M Personal Safety Division. October 9, 2017

Elswick, D. D. – "Serious Injuries and Fatalities Programs in Chemical Industry" 2017 Gulf Coast Health & Safety Refining, Petrochemical, & Chemical Processing Advisory Council. November 14, 2017

Elswick, D. D.  – "Is Safety One of Your Many Hats?  Keys for Safety Success" 26th Annual Sustainability & EHS Symposium, Duke Energy Center (Cincinnati Convention Center) - Cincinnati, Ohio.  March 21, 2017.

## SELECTED PUBLICATIONS OF EXPERT

National Safety Council, Safety and Health Magazine, Pushing the profession forward: The role of the newest generation, Published January 2023.

ASSP/ISO TR - 45001-2021 Occupational Health and Safety Management Systems– General Guidelines for Organizations. Contributor and Peer Reviewer, Published March 2021

ASSP/ISO TR - 45005-2021 Occupational Health and Safety Management – Safe Working During the COVID-19 Pandemic – General Guidelines for Organizations. Contributor and Peer Reviewer, Published March 2021

ANSI/ASSP/ISO/IEC TS 17021-10-2021 Conformity Assessment – Requirements for Bodies Providing Audit and Certification of Management Systems - Part 10: Competence Requirements for Auditing and Certification of Occupational Health and Safety Management Systems, Contributor and Peer Reviewer, March 2021

ACGIH White Paper - Ventilation for Industrial Settings during the COVID-19 Pandemic, August 2020.   Contributor and Peer Reviewer.

Managing Hazardous Materials, A Definitive Test, Adriane P. Borgias, CHMM and Maribeth S. Bradfield PE, Managing Editor, 3rd Edition, Institute of Hazardous Materials Management (ISBN 978-0-692-38549-4).  Contributor and Peer Reviewer.

Elswick, D.  "Safety Training for Maximum Benefit and Compliance" Safety Sense, Bugbee and Conkle LLC Online Publication, February 2, 2018.



**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 5



## CASES EXPERT PROVIDED TESTIMONY/OPINIONS

DOL Region V OSHA vs Whirlpool, 2018

Dependable Tank Line, LLC. at 8260 Port Road, Louisville, Kentucky, on January 29, 2019 (Civil Action No.: 3:19-cv-00759-JRW).

USDOJ vs Ajin USA, U.S. District Court for the Middle District of Alabama, Eastern Division - November 12, 2020

USEPA vs Riker Products, Inc Complaint – July 2020 (Ohio)

Trobrough vs Bradford Gravel - January 2021 (Alabama)

USEPA vs Valfilm – July 2021 (Ohio)

## COMPENSATION PROVIDED TO EXPERT FOR TESTIMONY/OPINIONS

Jones Walker, LLP is paying the consultant standard hourly rates $250 per hour for Board Certified Professionals.

My scope of assignment was to review all facts and evidence surround the actions of Defendant in preventing slips, trips, and falls.  This included reviewing video and photographs of the area before and after the incident and to provide an opinion as to whether the standard of care had been met with regard to protection of the public was met.

**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 5



**Limitation to this report**

ELSMART Associates, LLC report reflects only the conditions that existed at the time of the assessment. Any reports or remediation plans produced for the project site are limited to the portion(s) of the building(s) identified in ELSMART Associates, LLC Scope of Work Agreement. Any data, information, interpretations, or recommendations contained in ELSMART Associates, LLC reports are presented solely as a basis and guide to the existing conditions as evaluated. ELSMART Associates, LLC developed any conclusions or professional opinions presented herein in accordance with generally accepted principles and practices. As with such evaluations, any opinions expressed herein are subject to revision considering new information that may be developed in the future, and no warranties are expressed or implied. This report has not been prepared for use by any party other than our client. It may not contain sufficient information for the purposes of other parties or other uses. If any significant changes are made to site conditions, equipment, etc. described in this report, the conclusions and recommendations contained herein may be invalid, unless the changes are reviewed by ELSMART Associates, LLC and the conclusions and recommendations are modified or approved in writing. If there are any questions or concerns regarding the information provided, please contact the undersigned. Thank you for consulting ELSMART Associates, LLC.

Respectfully,



Donald D. Elswick, CIH, CSP, CET, CHMM
OEHS Professional and Specialist





**ELSMART ASSOCIATES, LLC.** | 1596 Lemongrass Drive, Jonesborough, TN 37659-5040
Phone: 419-788-6162 Fax 419-715-0406 Email: elsmart0101@gmail.com

EXHIBIT 5