

## 1 LANDSCAPE AREAS – TYPE A
SCALE: NOT TO SCALE

15" PLANTING BEDDING MATERIAL
14-GA STEEL EDGING
BULLROCK (6" DEPTH)
6" CONCRETE STABILIZED SAND
0.5" PVC WEEP-HOLE
6" CONCRETE CURB
#4 REBAR 18" O.C.E.W.
3" CLEAR SPACE
TIE TO CURB
COMPACTED SUBGRADE
0.5" PVC WEEP-HOLES
FACE-OF-CURB
COLORED MESA BLUFF CONCRETE STEP PATH - BROOM FINISH
BULLROCK (6" DEPTH)
PLANTING BED REFER TO LANDSCAPE PLANS

NOTES:
1) 12" COLORED CONCRETE STEP PATH SHALL BE DOWELED INTO EXISTING CURB AT 18" ON CENTER.
2) COLORED CONCRETE STEP PATH TO BE REINFORCED WITH #4 REBAR PLACED 18" ON CENTER EACH WAY.
3) COLORED CONCRETE TENT TO BE APPROVED BY BUC-EE'S PRIOR TO PLACEMENT.
4) PVC WEEP-HOLE PIPING IS TO BE CUT FLUSH WITH EXISTING FACE-OF-CURB.
5) WEEP-HOLES SHALL NOT BE PLACED AT JOINT LOCATIONS.
6) PLANTING BED SHALL BE SLOPED TO CURB AT 1% MINIMUM SLOPE OR AS SPECIFIED ON THE GRADING PLAN.



SECTION A–A



## 4 CURB JOINT DOWEL DETAIL
SCALE: NOT TO SCALE

(BURGE-MARTINEZ CONSULTING, INC. SPECIFICATION DATED 06/12/2014)



## 9 STOP SIGN
NOT TO SCALE

"STOP" SIGN MUTCD R1-1
STEEL U-CHANNEL
FINISHED GRADE
COMPACTED SUBSOIL



## 2 PAVEMENT SECTION
SCALE: NOT TO SCALE

7" CONCRETE PAVEMENT
NO. 3 REINFORCING STEEL BARS GRADE 60 @ 16" O.C.E.W.
4,000 PSI
SUBGRADE
PROPER SUPPORTS



## 3 TANK PIT PAVEMENT SECTION
SCALE: NOT TO SCALE

8" CONCRETE PAVEMENT
NO. 4 REINFORCING STEEL BARS GRADE 60 @ 12" O.C.E.W.
4,000 PSI
SUBGRADE
6 MIL PLASTIC BARRIER
BRICK SUPPORTS



## 5 PAVEMENT SECTION
SCALE: NOT TO SCALE

GREENSTREAK G SEAL EXPANSION JOINT FILLER
3/4" REDWOOD EXP JOINT
FIXED OBJECT
NO. 3 REINFORCING STEEL BARS GRADE 60 @ 16" O.C.E.W.
SUBGRADE
PROPER SUPPORTS

NOTE: PLACE EXPANSION JOINT SEALANT FLUSH OR SLIGHTLY BELOW THE TOP OF PAVEMENT



## 8 INLET APRON GRADE BEAM DETAIL
SCALE: NOT TO SCALE

7" CONCRETE PAVEMENT
NO. 3 REINFORCING STEEL BARS GRADE 60 @ 16" O.C.E.W.
INLET
4,000 PSI
SUBGRADE
PROPER SUPPORTS
DOWEL TIES INLET TO PAVEMENT REINFORCEMENT STEEL



## 10 DOWELED LONGITUDINAL JOINT
SCALE: NOT TO SCALE

7/8" GALVANIZED OR EPOXY COATED DOWEL ROD
JOINT SEALER
PAVEMENT SURFACE
EXISTING PAVEMENT
NO. 3 REINFORCING STEEL BARS GRADE 60 @ 16" O.C.E.W.
7" CONCRETE PAVEMENT
4,000 PSI
SUBGRADE



ISOMETRIC VIEW CURB RAMP WITH GUTTER DETAIL
PLAN VIEW
CROSS SECTION A-A
CROSS-SECTION B-B
CURB RAMP WITH SIDE FLARES
CURB RAMP WITH RETURNED CURB
GENERAL NOTE
NOTE TO DESIGNER
PERPENDICULAR CURB RAMP
RP-H-4



## 6 ADA PARKING SPACE SYMBOL
NOT TO SCALE



## 7 ADA PARKING SPACE SIGN
NOT TO SCALE

RESERVED PARKING
VAN ACCESSIBLE
THIS SIGN TYPICAL AT ALL ADA PARKING PARKING SPACES
THIS SIGN TYPICAL AT ALL VAN ACCESSIBLE PARKING SPACES
PENALTY SIGN WITH WORDING AS REQUIRED BY STATE OR LOCAL LAW
"U"-CHANNEL POST (3 lbs./ft.)
4" PIPE BOLLARD PAINTED TRAFFIC YELLOW, FILLED W/CONCRETE
3500 PSI PC CONC.



## 11 ADA PARKING STALL
SCALE: NOT TO SCALE

PLAN VIEW
ACCESSIBLE RAMP
ISOMETRIC VIEW

## 12 SIDEWALK SECTION
SCALE: NOT TO SCALE

OPTION 1 - WITH LANDSCAPE BUFFER
OPTION 2 - ADJACENT TO CURB/PARKING
SECTION VIEW

## Kimley»Horn
214 Oceanside Drive, Nashville, TN 37204
Main: 615.564.2701 | www.kimley-horn.com
© 2021 Kimley-Horn and Associates, Inc.

BUC-EE'S #50 - CROSSVILLE, TN
BUC-EE'S TN, LLC
CROSSVILLE, TENNESSEE

BUC-EE'S
327 FM 2004
LAKE JACKSON, TEXAS 77566

KELLEY FRANK
REGISTERED ENGINEER
STATE OF TENNESSEE
4/22/2022

REVISIONS

DESIGNED BY: KKF
DRAWN BY: LEB
CHECKED BY: ZJD
DATE: 6/18/2021
KIMLEY-HORN PROJECT NO. 013284005

SITE DETAILS

SHEET NUMBER
## C-19

CONSTRUCTION SET

Drawing name: K:\NSH_LDEV\013284005 - Buc-ees Crossville\4-CADD\PlanSheets\C8-00 SITE DETAILS.dwg  C-19 SITE DETAILS  Jul 11, 2022 5:49pm  by: Lauren.Brennecke
Case 2:24-cv-00080   Document 98-6   Filed 05/29/26   Page 1 of 1 PageID #: 1268
BUC_CARRELL003140