| From: | Scott Ratcliff |
|---|---|
| To: | Bundren, Brandon; Donald Elswick |
| Cc: | Tracy Richardson |
| Subject: | FW: Load comparison for the old sign post verses the new sign bollards |
| Date: | Thursday, March 26, 2026 12:53:19 PM |

Please see below.

Thanks

Scott Ratcliff, P.E. - Director of Engineering

Buc-ee's Ltd. | 2500 North Hwy-288 | Angleton, Texas

Direct: (979) 529-2704

Cell: (979) 417-0838

**From:** Erasmo Morales Jr. <emorales@dallyassociates.com>

**Sent:** Thursday, March 26, 2026 10:45 AM

**To:** Scott Ratcliff <scott.ratcliff@buc-ees.com>

**Cc:** Scott Ray <scott.ray@buc-ees.com>; ldenizze@laarc.com

**Subject:** RE: Load comparison for the old sign post verses the new sign bollards

**This Message Is From an External Sender -** THINK BEFORE YOU CLICK!

Scott,

A comparison for the 2 different details

Old detail:  4" diameter, concrete filled pipe, embedded 2.2 ft in an 18" pier, and restrained at ground level (by pavement).  The horizontal load capacity is about 450 lbs.

New detail:  6" diameter, concrete filled pipe, embedded 7.5 ft in a 30" pier, and restrained at ground level (by pavement).  The horizontal load capacity is about 20,000 lbs.

Thank you,

**Erasmo Morales Jr, PE**

Principal

**D**ally + Associates, Inc.

HOUSTON | AUSTIN

t 713 337 8881 x116 | c 832 755 9730

**From:** Scott Ratcliff <scott.ratcliff@buc-ees.com>

EXHIBIT 7

**Sent:** Thursday, March 26, 2026 10:20 AM
**To:** Erasmo Morales Jr. <emorales@dallyassociates.com>; emorales@asadally.com
**Cc:** Scott Ray <scott.ray@buc-ees.com>; ldenizze@laarc.com
**Subject:** Re: Load comparison for the old sign post verses the new sign bollards

Erasmo - I need this by Monday, you able to meet this need?

Scott Ratcliff, P.E.

Director of Engineering

Buc-ee's, Ltd.

---

**From:** Scott Ratcliff
**Sent:** Monday, March 23, 2026 11:56:56 AM
**To:** Erasmo Morales Jr. <emorales@dallyassociates.com>; emorales@asadally.com <emorales@asadally.com>
**Cc:** Scott Ray <scott.ray@buc-ees.com>; ldenizze@laarc.com <ldenizze@laarc.com>
**Subject:** Load comparison for the old sign post verses the new sign bollards

Erasmo,

When we removed the wheel stops in our parking lots and went from an ADA parking set up with a signpost and wheel stop to a bollard post. The legal team is asking for a load comparison between the old post and new bollard. Can you get us a proposal and schedule to help with this effort?

Thanks,

**David "Scott" Ratcliff, PE, CPESC, CFM**
Director of Engineer
Direct: (979) 529-2704
Cell: (979) 417-0838

EXHIBIT 7